EDA

FILED
MARCH 7, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CAROL M. GORDON,<br><br>    Plaintiff,<br><br>v.<br><br>ILENE LARSON, JEANNE SHILTS,<br>And GL REHABILITATION<br>SERVICES, LTD., an Illinois<br>Corporation,<br><br>    Defendants. | Case No._____<br><br>**08 C 1373**<br><br>**JUDGE GOTTSCHALL**<br>**MAGISTRATE JUDGE COLE** |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Stroud, Willink & Howard, LLC has been retained by and hereby appears for Defendants Ilene Larson, Jeanne Shilts, and GL Rehabilitation Services, Ltd. and hereby demands that copies of all papers and pleadings in this matter be served upon the undersigned at the address listed below.

    Dated this 7th day of March, 2008.

                                                                   STROUD, WILLINK & HOWARD, LLC

                                                                   /s/Susan B. Parsons
                                                                   Susan B. Parsons
                                                                   (f/k/a Susan B. Gloss)
                                                                   Attorney for Defendants Ilene Larson, Jeanne
                                                                   Shilts, and GL Rehabilitation Services, Ltd.
                                                                   ARDC # 6282963
                                                                   25 West Main Street, Suite 300
                                                                   Madison, WI 53701
                                                                   sparsons@stroudlaw.com
                                                                   (608) 257-2281