EXHIBIT A

| Employee Information | | Earnings | Rate | Hours | Amount | Federal Taxes | | State/Local Taxes | | Deductions | | Net Pay | Check Cleared? |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02 - CLERK<br>Totals | | Gross<br>REGLAR<br>OTHER<br>BONUS2 | | <br>242.25<br>20.75 | 5,075.69<br>2,826.69<br>249.00<br>2,000.00 | SS/Med<br>Fed Wt | 388.29<br>132.27 | WI State | 103.41 | SIMPLE<br>HEALTH<br>PTOACU | 9.26<br>470.24<br>10.98 | 10 Pays | 3972.22 |
| **03 - OCCUPATIONAL THERAPY** | | | | | | | | | | | | | |
| BIRD, KATIE A | #4596<br>Single/01 | Gross<br>REGLAR<br>O/TIME | <br>24.0000<br>36.0000 | <br>80.00<br>3.00 | 2,028.00<br>1,920.00<br>108.00 | SS/Med<br>Fed Wt | 155.15<br>315.73 | WI State | 124.13 | PTOACU | 8.00 | Net Pay<br>Check | 1432.99<br>#12767 ☐ |
| BIRD, KATIE A | #4596<br>Single/01 | Gross<br>BONUS2 | | | 500.00<br>500.00 | SS/Med | 38.25 | | | | | Net Pay<br>Check | 461.75<br>#12768 ☐ |
| CRANDELL, HEATHER | #4588<br>Married/01 | Gross<br>REGLAR<br>O/TIME | <br>29.0000<br>43.5000 | <br>80.00<br>9.50 | 2,733.25<br>2,320.00<br>413.25 | SS/Med<br>Fed Wt | 209.09<br>302.40 | WI State | 164.63 | SIMPLE<br>PTOACU | 82.00<br>8.00 | Net Pay<br>Check | 1975.13<br>#12769 ☐ |
| CRANDELL, HEATHER | #4588<br>Married/01 | Gross<br>BONUS2 | | | 1,000.00<br>1,000.00 | SS/Med | 76.50 | | | | | Net Pay<br>Check | 923.50<br>#12770 ☐ |
| GAZE, BARBARA<br>*New Hire* | #4958<br>Married/00 | Gross<br>REGLAR | <br>23.0000 | <br>7.50 | 172.50<br>172.50 | SS/Med | 13.20 | | | | | Net Pay<br>Check | 159.30<br>#12771 ☐ |
| MONTE, MELISSA K | #3894<br>Married/00 | Gross<br>REGLAR | <br>28.0000 | <br>70.00 | 1,960.00<br>1,960.00 | SS/Med<br>Fed Wt | 149.94<br>188.93 | WI State | 107.81 | SIMPLE<br>PTOACU | 196.00<br>7.00 | Net Pay<br>Check | 1317.32<br>#12772 ☐ |
| MONTE, MELISSA K | #3894<br>Married/00 | Gross<br>BONUS2 | | | 1,000.00<br>1,000.00 | SS/Med | 76.50 | | | | | Net Pay<br>Check | 923.50<br>#12773 ☐ |
| NAWROCKI, MARY E | #4537<br>Married/03 | Gross<br>REGLAR<br>P T O | <br>24.0000<br>24.0000 | <br>63.75<br>8.00 | 1,722.00<br>1,530.00<br>192.00 | SS/Med<br>Fed Wt | 131.74<br>123.78 | WI State | 102.54 | PTOACU | 6.38 | Net Pay<br>Check | 1363.94<br>#12774 ☐ |
| NAWROCKI, MARY E | #4537<br>Married/03 | Gross<br>BONUS2 | | | 500.00<br>500.00 | SS/Med | 38.25 | | | | | Net Pay<br>Check | 461.75<br>#12775 ☐ |
| SCHWARTZ, JAIME | #3889<br>Married/00 | Gross<br>REGLAR | <br>32.0000 | <br>7.25 | 232.00<br>232.00 | SS/Med | 17.75 | WI State | .94 | | | Net Pay<br>Check | 213.31<br>#12776 ☐ |
| SORTEBERG, JOAN C | #4227<br>Married/14 | Gross<br>REGLAR | <br>32.0000 | <br>4.50 | 144.00<br>144.00 | SS/Med | 11.02 | | | | | Net Pay<br>Check | 132.98<br>#12777 ☐ |
| 03 - OCCUPATIONAL THERAPY<br>Totals | | Gross<br>REGLAR<br>O/TIME<br>P T O<br>BONUS2 | | <br>313.00<br>12.50<br>8.00 | 11,991.75<br>8,278.50<br>521.25<br>192.00<br>3,000.00 | SS/Med<br>Fed Wt | 917.39<br>930.84 | WI State | 500.05 | SIMPLE<br>PTOACU | 278.00<br>29.38 | 11 Pays | 9365.47 |
| **04 - PHYSICAL THERAPY** | | | | | | | | | | | | | |
| BROWN, BETH J<br>*Terminated* | T#4595<br>Married/04 | | | | | | | | | | | Net Pay | .00 |
| DUNWIDDIE, PATRICIA J | #0023<br>Married/03 | Gross<br>REGLAR | <br>24.0000 | <br>6.25 | 150.00<br>150.00 | SS/Med | 11.47 | | | | | Net Pay<br>Check | 138.53<br>#12778 ☐ |

| Employee Information | | Earnings | Rate | Hours | Amount | Federal Taxes | | State/Local Taxes | | Deductions | | Net Pay | Check Cleared? |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| GINTHER, CHERYL J | #0100<br>Married/01 | Gross<br>REGLAR | <br>40.0000 | <br>6.50 | 260.00<br>260.00 | SS/Med | 19.89 | WI State | 1.38 | | | Net Pay<br>Check | 238.73<br>#12779 |
| HINTON, SUSAN M | #4221<br>Married/01 | Gross<br>REGLAR | <br>24.0000 | <br>5.50 | 132.00<br>132.00 | SS/Med | 10.10 | | | | | Net Pay<br>Check | 121.90<br>#12780 |
| JOHNS, CARIN | #3895<br>Married/01 | Gross<br>REGLAR | <br>35.0000 | <br>1.25 | 43.75<br>43.75 | SS/Med | 3.34 | | | SIMPLE | 1.31 | Net Pay<br>Check | 39.10<br>#12781 |
| LAWLESS,MEGAN | #4594<br>Married/02 | Gross<br>REGLAR | <br>30.0000 | <br>48.75 | 1,462.50<br>1,462.50 | SS/Med<br>Fed Wt | 111.88<br>104.47 | WI State | 84.31 | | | Net Pay<br>Check | 1161.84<br>#12782 |
| LAWLESS,MEGAN | #4594<br>Married/02 | Gross<br>BONUS2 | | | 500.00<br>500.00 | SS/Med | 38.25 | | | | | Net Pay<br>Check | 461.75<br>#12783 |
| LINDSEY, DANA L | #0016<br>Single/00 | Gross<br>REGLAR | <br>37.0000 | <br>19.50 | 721.50<br>721.50 | SS/Med<br>Fed Wt | 55.19<br>78.57 | WI State | 32.49 | | | Net Pay<br>Check | 555.25<br>#12784 |
| MC KILLIP, COLLEEN L. | #3893<br>Single/00 | Gross<br>REGLAR<br>O/TIME<br>OTHER | <br>21.0000<br>31.5000<br>21.0000 | <br>79.00<br>7.50<br>2.25 | 1,942.50<br>1,659.00<br>236.25<br>47.25 | SS/Med<br>Fed Wt | 148.60<br>327.05 | WI State | 119.41 | PTOACU | 7.90 | Net Pay<br>Check | 1347.44<br>#12785 |
| MC KILLIP, COLLEEN L. | #3893<br>Single/00 | Gross<br>BONUS2 | | | 1,000.00<br>1,000.00 | SS/Med | 76.50 | | | | | Net Pay<br>Check | 923.50<br>#12786 |
| REWEY, LINDA J | #4230<br>Married/00 | Gross<br>REGLAR<br>O/TIME<br>OTHER<br>P T O | <br>25.0000<br>37.5000<br>25.0000<br>25.0000 | <br>43.25<br>1.50<br>4.00<br>32.75 | 2,056.25<br>1,081.25<br>56.25<br>100.00<br>818.75 | SS/Med<br>Fed Wt | 157.31<br>232.76 | WI State | 126.81 | PTOACU | 4.33 | Net Pay<br>Check | 1539.37<br>#12787 |
| REWEY, LINDA J | #4230<br>Married/00 | Gross<br>BONUS2 | | | 1,000.00<br>1,000.00 | SS/Med | 76.50 | | | | | Net Pay<br>Check | 923.50<br>#12788 |
| SHILTS, JEANNE | #0002<br>Single/01 | Gross<br>REGLAR<br>P T O | <br>27.0000<br>27.0000 | <br>68.25<br>10.00 | 2,112.75<br>1,842.75<br>270.00 | SS/Med<br>Fed Wt | 161.63<br>284.10 | WI State | 115.90 | SIMPLE<br>PTOACU | 211.28<br>6.83 | Net Pay<br>Check | 1339.84<br>#12789 |
| SHILTS, JEANNE | #0002<br>Single/01 | Gross<br>BONUS2 | | | 2,000.00<br>2,000.00 | SS/Med | 153.00 | | | | | Net Pay<br>Check | 1847.00<br>#12790 |
| TEDESCO, KIMBERLY | #4218<br>Married/01 | Gross<br>REGLAR | <br>32.0000 | <br>27.75 | 888.00<br>888.00 | SS/Med<br>Fed Wt | 67.93<br>44.95 | WI State | 40.34 | | | Net Pay<br>Check | 734.78<br>#12791 |
| TEDESCO, KIMBERLY | #4218<br>Married/01 | Gross<br>BONUS2 | | | 500.00<br>500.00 | SS/Med | 38.25 | | | | | Net Pay<br>Check | 461.75<br>#12792 |
| WECHTER, MEGAN<br>*New Hire* | #4959<br>Single/01 | Gross<br>REGLAR | <br>23.0000 | <br>6.50 | 149.50<br>149.50 | SS/Med | 11.44 | | | | | Net Pay<br>Check | 138.06<br>#12793 |
| WILLYERD, DIANE K | #4956<br>Single/01 | Gross<br>REGLAR | <br>24.0000 | <br>76.00 | 1,824.00<br>1,824.00 | SS/Med<br>Fed Wt | 139.54<br>264.73 | WI State | 110.87 | PTOACU | 7.60 | Net Pay<br>Check | 1308.86<br>#12794 |
| WILLYERD, DIANE K | #4956<br>Single/01 | Gross<br>BONUS2 | | | 500.00<br>500.00 | SS/Med | 38.25 | | | | | Net Pay<br>Check | 461.75<br>#12795 |

Client: Z4R
GL REHABILITATION SERVICES LTD

**Payroll Register**

Period Covered: 12/08/2007 - 12/21/2007
Check Date: 12/29/2007

Run: 29
Week: 52
Qtr: 4



| Employee Information | Earnings | Rate | Hours | Amount | Federal Taxes | | State/Local Taxes | | Deductions | | Net Pay | Check Cleared? |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04 - PHYSICAL THERAPY | Gross | | | 17,242.75 | SS/Med | 1,319.07 | WI State | 631.51 | SIMPLE | 212.59 | 18 Pays | 13742.95 |
| Totals | REGLAR | | 388.50 | 10,214.25 | Fed Wt | 1,336.63 | | | PTOACU | 26.66 | | |
| | O/TIME | | 9.00 | 292.50 | | | | | | | | |
| | OTHER | | 6.25 | 147.25 | | | | | | | | |
| | P T O | | 42.75 | 1,088.75 | | | | | | | | |
| | BONUS2 | | | 5,500.00 | | | | | | | | |
| 05 - SPEECH THERAPY | | | | | | | | | | | | |
| MCCORMICK, MARY L #3642 | Gross | | | 595.00 | SS/Med | 45.51 | WI State | 17.39 | | | Net Pay | 529.52 |
| Married/02 | REGLAR | 35.0000 | 17.00 | 595.00 | Fed Wt | 2.58 | | | | | Check | #12796 ☐ |
| 05 - SPEECH THERAPY | Gross | | | 595.00 | SS/Med | 45.51 | WI State | 17.39 | | | 1 Pay | 529.52 |
| Totals | REGLAR | | 17.00 | 595.00 | Fed Wt | 2.58 | | | | | | |
| CLIENT TOTALS | Gross | | | 42,330.19 | SS/Med | 2,971.67 | IL State | 78.15 | SIMPLE | 714.85 | 45 Chks | 36,810.19 |
| | REGLAR | | 1047.75 | 22,539.44 | Fed Wt | 3,757.15 | WI State | 1,527.94 | MISC. | -4,000.00 | | |
| | O/TIME | | 21.50 | 813.75 | | | | | HEALTH | 470.24 | | |
| | SALARY | | | 6,800.00 | | | | | PTOACU | 67.02 | | |
| | OTHER | | 27.00 | 396.25 | | | | | | | | |
| | P T O | | 50.75 | 1,280.75 | | | | | | | | |
| | BONUS2 | | | 10,500.00 | | | | | | | | |

***Payroll Statistics***

| | |
|---|---|
| Employees Paid: | 31 |
| Active Employees Not Paid: | 12 |
| Terminated Employees Paid: | 0 |

Client: Z4R
GL REHABILITATION SERVICES LTD

**Payroll Register**

Period Covered: 12/08/2007 - 12/21/2007
Check Date: 12/29/2007

Run: 29
Week: 52
Qtr: 4



| Employee Information | | Earnings | Rate | Hours | Amount | Federal Taxes | | State/Local Taxes | | Deductions | | Net Pay | Check Cleared? |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **01 - ADMINISTRATION** | | | | | | | | | | | | | |
| **GORDON, CAROL M** | #0040<br>Single/00 | Gross<br>SALARY | | | 2,500.00<br>2,500.00 | SS/Med<br>Fed Wt | 191.25<br>471.58 | IL State | 75.00 | | | Net Pay<br>**Check** | 1762.17<br>**#12013** ☐ |
| **KUEHL, GERALDINE** | #0041<br>Married/00 | Gross<br>REGLAR | <br>15.0000 | <br>5.00 | 75.00<br>75.00 | SS/Med | 5.74 | IL State | 2.25 | | | Net Pay<br>**Check** | 67.01<br>**#12014** ☐ |
| **LARSON,ILENE L** | #0022<br>Single/01 | Gross<br>SALARY | | | 4,100.00<br>4,100.00 | SS/Med<br>Fed Wt | 59.45<br>817.12 | WI State | 245.48 | SIMPLE | 205.00 | Net Pay<br>**Check** | 2772.95<br>**#12015** ☐ |
| **LARSON,ILENE L** | #0022<br>Single/01 | Gross<br>BONUS2 | | | 2,000.00<br>2,000.00 | SS/Med | 29.00 | | | | | Net Pay<br>**Check** | 1971.00<br>**#12016** ☐ |
| **MIYAKE, CAROL** | #0042<br>Married/00 | Gross<br>REGLAR | <br>15.0000 | <br>2.00 | 30.00<br>30.00 | SS/Med | 2.29 | IL State | .90 | | | Net Pay<br>**Check** | 26.81<br>**#12017** ☐ |
| **SCHUSTER, MARK** | #0006<br>Single/01 | Gross<br>REGLAR | <br>6.5000 | <br>80.00 | 520.00<br>520.00 | SS/Med<br>Fed Wt | 39.78<br>29.54 | WI State | 17.75 | | | Net Pay<br>**Check** | 432.93<br>**#12018** ☐ |
| **SCHUSTER, MARK** | #0006<br>Single/01 | Gross<br>BONUS2 | | | 1,000.00<br>1,000.00 | SS/Med | 76.50 | | | | | Net Pay<br>**Check** | 923.50<br>**#12019** ☐ |
| **01 - ADMINISTRATION<br>Totals** | | **Gross<br>REGLAR<br>SALARY<br>BONUS2** | | <br>**87.00** | **10,225.00<br>625.00<br>6,600.00<br>3,000.00** | **SS/Med<br>Fed Wt** | **404.01<br>1,318.24** | **IL State<br>WI State** | **78.15<br>263.23** | **SIMPLE** | **205.00** | **7 Pays** | **7956.37** |
| **02 - CLERK** | | | | | | | | | | | | | |
| **EARLYWINE, SARAH** | #4238<br>Single/00 | Gross<br>REGLAR | <br>12.0000 | <br>40.25 | 483.00<br>483.00 | SS/Med<br>Fed Wt | 36.95<br>43.03 | WI State | 16.04 | | | Net Pay<br>**Check** | 386.98<br>**#12020** ☐ |
| **ENLOE, AMY L**<br>*Deduction Change* | #4240<br>Married/00 | Gross<br>REGLAR<br>P T O | <br>12.0000<br>12.0000 | <br>57.25<br>12.00 | 831.00<br>687.00<br>144.00 | SS/Med<br>Fed Wt | 63.57<br>52.33 | WI State | 36.74 | DENTAL<br>PTOACU | 163.16<br>5.73 | Net Pay<br>**Check** | 515.20<br>**#12021** ☐ |
| **ENLOE, AMY L** | #4240<br>Married/00 | Gross<br>BONUS2 | | | 500.00<br>500.00 | SS/Med | 38.25 | | | | | Net Pay<br>**Check** | 461.75<br>**#12022** ☐ |
| **FIX, TONI B** | #4224<br>Single/00 | Gross<br>REGLAR<br>OTHER | <br>12.0000<br>12.0000 | <br>67.50<br>12.50 | 960.00<br>810.00<br>150.00 | SS/Med<br>Fed Wt | 73.44<br>114.58 | WI State | 49.85 | PTOACU | 6.75 | Net Pay<br>**Check** | 722.13<br>**#12023** ☐ |
| **FIX, TONI B** | #4224<br>Single/00 | Gross<br>BONUS2 | | | 1,000.00<br>1,000.00 | SS/Med | 76.50 | | | | | Net Pay<br>**Check** | 923.50<br>**#12024** ☐ |
| **NEUSTIFTER, SANDRA** | #0001<br>Married/01 | Gross<br>BONUS2 | | | 500.00<br>500.00 | SS/Med | 38.25 | | | | | Net Pay<br>**Check** | 461.75<br>**#12025** ☐ |
| **RIELLY, KIMBERLEY** | #4243<br>Married/00 | Gross<br>REGLAR<br>OTHER | <br>12.0000<br>12.0000 | <br>45.75<br>2.00 | 573.00<br>549.00<br>24.00 | SS/Med<br>Fed Wt | 43.83<br>26.53 | WI State | 17.48 | PTOACU | 4.58 | Net Pay<br>**Check** | 485.16<br>**#12026** ☐ |
| **RIELLY, KIMBERLEY** | #4243<br>Married/00 | Gross<br>BONUS2 | | | 500.00<br>500.00 | SS/Med | 38.25 | | | | | Net Pay<br>**Check** | 461.75<br>**#12027** ☐ |

| Employee Information | | Earnings | Rate | Hours | Amount | Federal Taxes | | State/Local Taxes | | Deductions | | Net Pay | | Check Cleared? |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02 - CLERK<br>Totals | | Gross<br>REGLAR<br>OTHER<br>P T O<br>BONUS2 | | <br>210.75<br>14.50<br>12.00 | 5,347.00<br>2,529.00<br>174.00<br>144.00<br>2,500.00 | SS/Med<br>Fed Wt | 409.04<br>236.47 | WI State | 120.11 | DENTAL<br>PTOACU | 163.16<br>17.06 | 8 Pays | 4418.22 | |
| **03 - OCCUPATIONAL THERAPY** | | | | | | | | | | | | | | |
| CRANDELL, HEATHER | #4588<br>Married/01 | Gross<br>REGLAR<br>O/TIME<br>OTHER | <br>27.0000<br>40.5000<br>27.0000 | <br>75.50<br>2.75<br>3.00 | 2,230.88<br>2,038.50<br>111.38<br>81.00 | SS/Med<br>Fed Wt | 170.67<br>240.79 | WI State | 137.31 | PTOACU | 7.55 | Net Pay<br>Check | 1682.11<br>#12028 | ☐ |
| CRANDELL, HEATHER | #4588<br>Married/01 | Gross<br>BONUS2 | | | 500.00<br>500.00 | SS/Med | 38.25 | | | | | Net Pay<br>Check | 461.75<br>#12029 | ☐ |
| HUFF, EMMA J | #4219<br>Married/02 | Gross<br>REGLAR | <br>20.0000 | <br>36.50 | 730.00<br>730.00 | SS/Med<br>Fed Wt | 55.85<br>16.85 | WI State | 27.35 | | | Net Pay<br>Check | 629.95<br>#12030 | ☐ |
| JOHNSON, DIANE M. | #0018<br>Married/01 | Gross<br>REGLAR | <br>32.0000 | <br>31.00 | 992.00<br>992.00 | SS/Med<br>Fed Wt | 75.89<br>55.74 | WI State | 48.45 | | | Net Pay<br>Check | 811.92<br>#12031 | ☐ |
| JOHNSON, DIANE M. | #0018<br>Married/01 | Gross<br>BONUS2 | | | 500.00<br>500.00 | SS/Med | 38.25 | | | | | Net Pay<br>Check | 461.75<br>#12032 | ☐ |
| MONTE, MELISSA K | #3894<br>Married/01 | Gross<br>REGLAR<br>OTHER | <br>27.0000<br>27.0000 | <br>79.00<br>2.50 | 2,200.50<br>2,133.00<br>67.50 | SS/Med<br>Fed Wt | 168.34<br>226.33 | WI State | 131.04 | SIMPLE<br>PTOACU | 66.02<br>7.90 | Net Pay<br>Check | 1608.77<br>#12033 | ☐ |
| MONTE, MELISSA K | #3894<br>Married/01 | Gross<br>BONUS2 | | | 1,000.00<br>1,000.00 | SS/Med | 76.50 | | | | | Net Pay<br>Check | 923.50<br>#12034 | ☐ |
| NICHOLAS,JOANNA J | #4232<br>Married/00 | Gross<br>REGLAR<br>OTHER<br>P T O | <br>26.0000<br>26.0000<br>26.0000 | <br>55.00<br>2.00<br>16.00 | 1,898.00<br>1,430.00<br>52.00<br>416.00 | SS/Med<br>Fed Wt | 145.20<br>209.89 | WI State | 116.52 | PTOACU | 5.50 | Net Pay<br>Check | 1426.39<br>#12035 | ☐ |
| NICHOLAS,JOANNA J | #4232<br>Married/00 | Gross<br>BONUS2 | | | 500.00<br>500.00 | SS/Med | 38.25 | | | | | Net Pay<br>Check | 461.75<br>#12036 | ☐ |
| SORTEBERG, JOAN C | #4227<br>Married/14 | Gross<br>REGLAR | <br>32.0000 | <br>1.75 | 56.00<br>56.00 | SS/Med | 4.28 | | | | | Net Pay<br>Check | 51.72<br>#12037 | ☐ |
| 03 - OCCUPATIONAL THERAPY<br>Totals | | Gross<br>REGLAR<br>O/TIME<br>OTHER<br>P T O<br>BONUS2 | | <br>278.75<br>2.75<br>7.50<br>16.00 | 10,607.38<br>7,379.50<br>111.38<br>200.50<br>416.00<br>2,500.00 | SS/Med<br>Fed Wt | 811.48<br>749.60 | WI State | 460.67 | SIMPLE<br>PTOACU | 66.02<br>20.95 | 10 Pays | 8519.61 | |
| **04 - PHYSICAL THERAPY** | | | | | | | | | | | | | | |
| DUNWIDDIE, PATRICIA J | #0023<br>Married/03 | Gross<br>REGLAR | <br>22.0000 | <br>3.00 | 66.00<br>66.00 | SS/Med | 5.05 | | | | | Net Pay<br>Check | 60.95<br>#12038 | ☐ |

| Employee Information | | Earnings | Rate | Hours | Amount | Federal Taxes | | State/Local Taxes | | Deductions | | Net Pay | Check Cleared? |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| HUBER, MICHELLE R | #0035<br>Single/01 | Gross<br>REGLAR | <br>34.0000 | <br>3.00 | 102.00<br>102.00 | SS/Med | 7.80 | | | | | Net Pay<br>Check | 94.20<br>#12039 |
| JOHNS, CARIN | #3895<br>Married/01 | Gross<br>REGLAR<br>OTHER<br>P T O | <br>29.0000<br>29.0000<br>29.0000 | <br>72.75<br>3.00<br>8.00 | 2,428.75<br>2,109.75<br>87.00<br>232.00 | SS/Med<br>Fed Wt | 185.80<br>270.47 | WI State | 150.17 | PTOACU | 7.28 | Net Pay<br>Check | 1822.31<br>#12040 |
| JOHNS, CARIN | #3895<br>Married/01 | Gross<br>BONUS2 | | | 1,000.00<br>1,000.00 | SS/Med | 76.50 | | | | | Net Pay<br>Check | 923.50<br>#12041 |
| LINDSEY, DANA L | #0016<br>Married/02 | Gross<br>REGLAR | <br>34.0000 | <br>15.00 | 510.00<br>510.00 | SS/Med | 39.01 | WI State | 12.04 | | | Net Pay<br>Check | 458.95<br>#12042 |
| MC KILLIP, COLLEEN L | #3893<br>Single/00 | Gross<br>REGLAR<br>OTHER | <br>18.0000<br>18.0000 | <br>75.00<br>2.00 | 1,386.00<br>1,350.00<br>36.00 | SS/Med<br>Fed Wt | 106.03<br>193.08 | WI State | 80.87 | PTOACU | 7.50 | Net Pay<br>Check | 1006.02<br>#12043 |
| MC KILLIP, COLLEEN L | #3893<br>Single/00 | Gross<br>BONUS2 | | | 500.00<br>500.00 | SS/Med | 38.25 | | | | | Net Pay<br>Check | 461.75<br>#12044 |
| MESSIMER,STEVE E<br>*Rate Change*<br>*Rehired* | #4233<br>Married/03 | Gross<br>REGLAR | <br>35.0000 | <br>2.00 | 70.00<br>70.00 | SS/Med | 5.36 | | | PTOACU | .20 | Net Pay<br>Check | 64.64<br>#12045 |
| REWEY, LINDA J | #4230<br>Married/00 | Gross<br>REGLAR<br>O/TIME<br>OTHER | <br>24.0000<br>36.0000<br>24.0000 | <br>73.25<br>5.50<br>2.00 | 2,004.00<br>1,758.00<br>198.00<br>48.00 | SS/Med<br>Fed Wt | 153.30<br>225.79 | WI State | 123.41 | PTOACU | 7.33 | Net Pay<br>Check | 1501.50<br>#12046 |
| REWEY, LINDA J | #4230<br>Married/00 | Gross<br>BONUS2 | | | 500.00<br>500.00 | SS/Med | 38.25 | | | | | Net Pay<br>Check | 461.75<br>#12047 |
| SHILTS, JEANNE | #0002<br>Single/01 | Gross<br>REGLAR<br>OTHER | <br>26.0000<br>26.0000 | <br>78.00<br>2.00 | 2,080.00<br>2,028.00<br>52.00 | SS/Med<br>Fed Wt | 159.12<br>282.85 | WI State | 113.99 | SIMPLE<br>PTOACU | 208.00<br>7.80 | Net Pay<br>Check | 1316.04<br>#12048 |
| SHILTS, JEANNE | #0002<br>Single/01 | Gross<br>BONUS2 | | | 1,000.00<br>1,000.00 | SS/Med | 76.50 | | | | | Net Pay<br>Check | 923.50<br>#12049 |
| TEDESCO, KIMBERLY | #4218<br>Married/01 | Gross<br>REGLAR<br>OTHER | <br>32.0000<br>32.0000 | <br>18.00<br>2.00 | 640.00<br>576.00<br>64.00 | SS/Med<br>Fed Wt | 48.96<br>20.54 | WI State | 21.55 | | | Net Pay<br>Check | 548.95<br>#12050 |
| TEDESCO, KIMBERLY | #4218<br>Married/01 | Gross<br>BONUS2 | | | 500.00<br>500.00 | SS/Med | 38.25 | | | | | Net Pay<br>Check | 461.75<br>#12051 |
| TYLER, RACHEL G | #0030<br>Single/01 | Gross<br>REGLAR<br>OTHER | <br>19.0000<br>19.0000 | <br>74.25<br>2.00 | 1,448.75<br>1,410.75<br>38.00 | SS/Med<br>Fed Wt | 110.83<br>177.03 | WI State | 84.59 | HEALTH<br>PTOACU | 133.04<br>7.43 | Net Pay<br>Check | 943.26<br>#12052 |
| TYLER, RACHEL G | #0030<br>Single/01 | Gross<br>BONUS2 | | | 500.00<br>500.00 | SS/Med | 38.25 | | | | | Net Pay<br>Check | 461.75<br>#12053 |

EASYPAY 

| Employee Information | | Earnings | Rate | Hours | Amount | Federal Taxes | | State/Local Taxes | | Deductions | | Net Pay | Check Cleared? ☐ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04 - PHYSICAL THERAPY | | Gross | | | 14,735.50 | SS/Med | 1,127.26 | WI State | 586.62 | SIMPLE | 208.00 | 16 Pays | 11510.82 |
| Totals | | REGLAR | | 414.25 | 9,980.50 | Fed Wt | 1,169.76 | | | HEALTH | 133.04 | | |
| | | O/TIME | | 5.50 | 198.00 | | | | | PTOACU | 37.54 | | |
| | | OTHER | | 13.00 | 325.00 | | | | | | | | |
| | | P T O | | 8.00 | 232.00 | | | | | | | | |
| | | BONUS2 | | | 4,000.00 | | | | | | | | |
| 05 - SPEECH THERAPY | | | | | | | | | | | | | |
| WUESTENHAGEN, TORILYNNE V | #4239 | Gross | | | 175.00 | SS/Med | 13.39 | WI State | .13 | | | Net Pay | 161.48 |
| *Address Change* | Single/01 | REGLAR | 35.0000 | 5.00 | 175.00 | | | | | | | Check | #12054 ☐ |
| ZIELINSKI, JILL J | #4236 | Gross | | | 70.00 | SS/Med | 5.36 | | | | | Net Pay | 64.64 |
| | Single/01 | REGLAR | 35.0000 | 2.00 | 70.00 | | | | | | | Check | #12055 ☐ |
| 05 - SPEECH THERAPY | | Gross | | | 245.00 | SS/Med | 18.75 | WI State | .13 | | | 2 Pays | 226.12 |
| Totals | | REGLAR | | 7.00 | 245.00 | | | | | | | | |
| CLIENT TOTALS | | Gross | | | 41,159.88 | SS/Med | 2,770.54 | IL State | 78.15 | SIMPLE | 479.02 | 43 Chks | 32,631.14 |
| | | REGLAR | | 997.75 | 20,759.00 | Fed Wt | 3,474.07 | WI State | 1,430.76 | HEALTH | 133.04 | | |
| | | O/TIME | | 8.25 | 309.38 | | | | | DENTAL | 163.16 | | |
| | | SALARY | | | 6,600.00 | | | | | PTOACU | 75.55 | | |
| | | OTHER | | 35.00 | 699.50 | | | | | | | | |
| | | P T O | | 36.00 | 792.00 | | | | | | | | |
| | | BONUS2 | | | 12,000.00 | | | | | | | | |

***Payroll Statistics***

| | |
|---|---|
| Employees Paid: | 28 |
| Active Employees Not Paid: | 22 |
| Terminated Employees Paid: | 0 |



| Employee Information | | Earnings | Rate | Hours | Amount | Federal Taxes | | State/Local Taxes | | Deductions | | Net Pay | | Check Cleared? |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **01 - ADMINISTRATION** | | | | | | | | | | | | | | |
| GORDON, CAROL M | #0040<br>Single/00 | Gross<br>SALARY | | | 4,000.00<br>4,000.00 | SS/Med<br>Fed Wt | 58.00<br>889.33 | IL State | 120.00 | | | Net Pay<br>Check | 2932.67<br>#11279 | ☐ |
| KUEHL, GERALDINE | #0041<br>Married/00 | Gross<br>REGLAR | <br>15.0000 | <br>5.00 | 75.00<br>75.00 | SS/Med | 5.74 | IL State | 2.25 | | | Net Pay<br>Check | 67.01<br>#11280 | ☐ |
| LARSON,ILENE L | #0022<br>Single/01 | Gross<br>BONUS2 | | | 1,000.00<br>1,000.00 | SS/Med | 82.83 | | | | | Net Pay<br>Precalc | 917.17<br>X11281 | ☐ |
| LARSON,ILENE L | #0022<br>Single/01 | Gross<br>SALARY | | | 4,100.00<br>4,100.00 | SS/Med<br>Fed Wt | -8.88<br>848.43 | WI State | 250.81 | SIMPLE | 123.00 | Net Pay<br>Check | 2886.64<br>#11282 | ☐ |
| MIYAKE, CAROL | #0042<br>Married/00 | Gross<br>REGLAR | <br>15.0000 | <br>2.00 | 30.00<br>30.00 | SS/Med | 2.29 | IL State | .90 | | | Net Pay<br>Check | 26.81<br>#11283 | ☐ |
| SCHUSTER, MARK | #0006<br>Single/01 | Gross<br>BONUS2 | | | 1,000.00<br>1,000.00 | SS/Med | 82.83 | | | | | Net Pay<br>Precalc | 917.17<br>X11284 | ☐ |
| SCHUSTER, MARK | #0006<br>Single/01 | Gross<br>REGLAR | <br>5.7000 | <br>60.00 | 342.00<br>342.00 | SS/Med<br>Fed Wt | 19.84<br>11.70 | WI State | 7.81 | | | Net Pay<br>Check | 302.65<br>#11285 | ☐ |
| **01 - ADMINISTRATION Totals** | | **Gross<br>REGLAR<br>SALARY<br>BONUS2** | | **<br>67.00** | **10,547.00<br>447.00<br>8,100.00<br>2,000.00** | **SS/Med<br>Fed Wt** | **242.65<br>1,749.46** | **IL State<br>WI State** | **123.15<br>258.62** | **SIMPLE** | **123.00** | **7 Pays** | **8050.12** | |
| **02 - CLERK** | | | | | | | | | | | | | | |
| CAREY-AHLSWEDE, JAYNE | #3886<br>Married/01 | Gross<br>BONUS2 | | | 1,000.00<br>1,000.00 | SS/Med | 82.83 | | | | | Net Pay<br>Precalc | 917.17<br>X11286 | ☐ |
| CAREY-AHLSWEDE, JAYNE | #3886<br>Married/01 | Gross<br>REGLAR<br>PTO | <br>12.0000<br>12.0000 | <br>65.50<br>13.00 | 942.00<br>786.00<br>156.00 | SS/Med<br>Fed Wt | 65.73<br>51.12 | WI State | 44.55 | | | Net Pay<br>Check | 780.6<br>#11287 | ☐ |
| MC KILLIP, COLLEEN L. | #3893<br>Single/02 | Gross<br>REGLAR | <br>10.5000 | <br>44.75 | 469.88<br>469.88 | SS/Med<br>Fed Wt | 35.94<br>12.18 | WI State | 13.45 | | | Net Pay<br>Check | 408.3<br>#11288 | ☐ |
| NEUSTIFTER, SANDRA | #0001<br>Married/01 | Gross<br>BONUS2 | | | 500.00<br>500.00 | SS/Med | 41.42 | | | | | Net Pay<br>Precalc | 458.5<br>X11289 | ☐ |
| NEUSTIFTER, SANDRA | #0001<br>Married/01 | Gross<br>REGLAR | <br>11.5000 | <br>52.50 | 603.75<br>603.75 | SS/Med<br>Fed Wt | 43.02<br>15.49 | WI State | 17.54 | SIMPLE | 18.11 | Net Pay<br>Check | 509.5<br>#11290 | ☐ |
| **02 - CLERK Totals** | | **Gross<br>REGLAR<br>PTO<br>BONUS2** | | **<br>162.75<br>13.00** | **3,515.63<br>1,859.63<br>156.00<br>1,500.00** | **SS/Med<br>Fed Wt** | **268.94<br>78.79** | **WI State** | **75.54** | **SIMPLE** | **18.11** | **5 Pays** | **3074.** | |
| **03 - OCCUPATIONAL THERAPY** | | | | | | | | | | | | | | |
| BREWER, JENNIFER L | #0024<br>Single/01 | Gross<br>BONUS2 | | | 1,000.00<br>1,000.00 | SS/Med | 82.83 | | | | | Net Pay<br>Precalc | 917.1<br>X11291 | ☐ |

| Employee Information | | Earnings | Rate | Hours | Amount | Federal Taxes | | State/Local Taxes | | Deductions | | Net Pay | Check Cleared? ☑ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BREWER, JENNIFER L | #0024<br>Single/01 | Gross<br>REGLAR<br>O/TIME | <br>19.0000<br>28.5000 | <br>80.00<br>8.25 | 1,755.13<br>1,520.00<br>235.13 | SS/Med<br>Fed Wt | 127.93<br>231.49 | WI State | 99.23 | SIMPLE<br>PTOACU | 105.31<br>8.00 | Net Pay<br>Check | 1191.17<br>#11292 ☐ |
| HAACK, KATIE ANN | #3885<br>Single/01 | Gross<br>REGLAR | <br>21.0000 | <br>5.00 | 105.00<br>105.00 | SS/Med | 8.03 | | | | | Net Pay<br>Check | 96.97<br>#11293 ☐ |
| HUFF, EMMA J | #4219<br>Married/02 | Gross<br>REGLAR | <br>20.0000 | <br>20.00 | 400.00<br>400.00 | SS/Med | 30.60 | WI State | 6.98 | | | Net Pay<br>Check | 362.42<br>#11294 ☐ |
| ✓ JOHNSON, DIANE M. | #0018<br>Married/01 | Gross<br>BONUS2 | | | 500.00<br>500.00 | SS/Med | 41.42 | | | | | Net Pay<br>Precalc | 458.58<br>X11295 ☐ |
| JOHNSON, DIANE M. | #0018<br>Married/01 | Gross<br>REGLAR | <br>32.0000 | <br>53.75 | 1,720.00<br>1,720.00 | SS/Med<br>Fed Wt | 128.41<br>165.31 | WI State | 104.10 | | | Net Pay<br>Check | 1322.18<br>#11296 ☐ |
| ✓ MONTE, MELISSA K<br>*Deduction Change* | #3894<br>Married/01 | Gross<br>BONUS2 | | | 1,000.00<br>1,000.00 | SS/Med | 82.83 | | | | | Net Pay<br>Precalc | 917.17<br>X11297 ☐ |
| MONTE, MELISSA K | #3894<br>Married/01 | Gross<br>REGLAR | <br>26.0000 | <br>80.00 | 2,080.00<br>2,080.00 | SS/Med<br>Fed Wt | 152.79<br>209.95 | WI State | 123.45 | SIMPLE<br>PTOACU | 62.40<br>8.00 | Net Pay<br>Check | 1531.41<br>#11298 ☐ |
| SCHWARTZ, JAIME | #3889<br>Married/00 | Gross<br>BONUS2 | | | 1,000.00<br>1,000.00 | SS/Med | 82.83 | | | | | Net Pay<br>Precalc | 917.17<br>X11299 ☐ |
| SCHWARTZ, JAIME | #3889<br>Married/00 | Gross<br>REGLAR | <br>28.0000 | <br>73.25 | 2,051.00<br>2,051.00 | SS/Med<br>Fed Wt | 150.57<br>233.42 | WI State | 126.46 | PTOACU | 7.33 | Net Pay<br>Check | 1540.55<br>#11300 ☐ |
| **03 - OCCUPATIONAL THERAPY Totals** | | **Gross<br>REGLAR<br>O/TIME<br>BONUS2** | | **<br>312.00<br>8.25** | **11,611.13<br>7,876.00<br>235.13<br>3,500.00** | **SS/Med<br>Fed Wt** | **888.24<br>840.17** | **WI State** | **460.22** | **SIMPLE<br>PTOACU** | **167.71<br>23.33** | **10 Pays** | **9254.79** |
| **04 - PHYSICAL THERAPY** | | | | | | | | | | | | | |
| BOETTCHER, JENNIFER E | #0031<br>Married/01 | Gross<br>REGLAR | <br>33.0000 | <br>32.50 | 1,072.50<br>1,072.50 | SS/Med<br>Fed Wt | 82.04<br>63.36 | IL State | 28.90 | SIMPLE | 32.18 | Net Pay<br>Check | 866.0<br>#11301 ☐ |
| CARAWAY, NANCY KAY | #0044<br>Single/02 | Gross<br>REGLAR | <br>21.0000 | <br>3.25 | 68.25<br>68.25 | SS/Med | 5.22 | | | | | Net Pay<br>Check | 63.0<br>#11302 ☐ |
| HINTON, SUSAN M | #4221<br>Married/01 | Gross<br>REGLAR | <br>22.0000 | <br>23.50 | 517.00<br>517.00 | SS/Med<br>Fed Wt | 39.55<br>8.62 | WI State | 13.21 | | | Net Pay<br>Check | 455.6<br>#11303 ☐ |
| HUBER, MICHELLE R | #0035<br>Single/01 | Gross<br>REGLAR | <br>34.0000 | <br>5.00 | 170.00<br>170.00 | SS/Med | 13.01 | | | | | Net Pay<br>Check | 156.9<br>#11304 ☐ |
| ✓ KOGER, CARIN A | #3895<br>Married/01 | Gross<br>BONUS2 | | | 1,000.00<br>1,000.00 | SS/Med | 82.83 | | | | | Net Pay<br>Precalc | 917.<br>X11305 ☐ |
| ✓ KOGER, CARIN A | #3895<br>Married/01 | Gross<br>REGLAR<br>OTHER | <br>27.0000<br>27.0000 | <br>74.75<br>5.25 | 2,160.00<br>2,018.25<br>141.75 | SS/Med<br>Fed Wt | 158.91<br>231.31 | WI State | 132.70 | PTOACU | 7.48 | Net Pay<br>Check | 1637.<br>#11306 ☐ |
| KUBLY, PATRICIA J | #0023<br>Married/00 | Gross<br>REGLAR | <br>22.0000 | <br>7.75 | 170.50<br>170.50 | SS/Med | 13.05 | | | | | Net Pay<br>Check | 157.4<br>#11307 ☐ |

Client: Z4R
GL REHABILITATION SERVICES LTD

**Payroll Register**

Period Covered: 12/10/2005 - 12/23/2005
Check Date: 12/30/2005

Run: 29
Week: 52
Qtr: 4
Page: 2

| Employee Information | | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay | Check Cleared? ☑ |
|---|---|---|---|---|---|---|---|---|---|---|
| LAURANT,ALICE M<br>*New Hire* | #4222<br>Single/01 | Gross<br>REGLAR | <br>21.0000 | <br>3.50 | 73.50<br>73.50 | SS/Med 5.62 | | | Net Pay 67.88<br>Check #11308 | ☐ |
| SHILTS,JEANNE | #0002<br>Single/01 | Gross<br>REGLAR<br>O/TIME | <br>24.0000<br>36.0000 | <br>80.00<br>4.50 | 2,082.00<br>1,920.00<br>162.00 | SS/Med 159.27<br>Fed Wt 287.49 | WI State 114.10 | SIMPLE 208.20<br>PTOACU 8.00 | Net Pay 1312.94<br>Check #11309 | ☐ |
| ✓ TEDESCO, KIMBERLY | #4218<br>Married/01 | Gross<br>BONUS2 | | | 500.00<br>500.00 | SS/Med 41.42 | | | Net Pay 458.58<br>Precalc X11310 | ☐ |
| TEDESCO, KIMBERLY | #4218<br>Married/01 | Gross<br>REGLAR | <br>32.0000 | <br>26.00 | 832.00<br>832.00 | SS/Med 60.47<br>Fed Wt 40.12 | WI State 35.97 | | Net Pay 695.44<br>Check #11311 | ☐ |
| ✓ TYLER, RACHEL G | #0030<br>Single/01 | Gross<br>BONUS2 | | | 1,000.00<br>1,000.00 | SS/Med 82.83 | | | Net Pay 917.17<br>Precalc X11312 | ☐ |
| TYLER, RACHEL G | #0030<br>Single/01 | Gross<br>REGLAR<br>O/TIME | <br>18.0000<br>27.0000 | <br>80.00<br>16.50 | 1,885.50<br>1,440.00<br>445.50 | SS/Med 137.91<br>Fed Wt 290.41 | WI State 114.86 | PTOACU 8.00 | Net Pay 1342.32<br>Check #11313 | ☐ |
| WILDT,PHILIP R | #0028<br>Married/01 | Gross<br>REGLAR | <br>34.0000 | <br>13.75 | 467.50<br>467.50 | SS/Med 35.76<br>Fed Wt 3.67 | WI State 10.93 | | Net Pay 417.14<br>Check #11314 | ☐ |
| ZACHARIAS, KEVIN J. | #0017<br>Single/05 | Gross<br>REGLAR | <br>21.0000 | <br>6.00 | 126.00<br>126.00 | SS/Med 9.64 | | | Net Pay 116.36<br>Check #11315 | ☐ |
| 04 - PHYSICAL THERAPY<br>Totals | | Gross<br>REGLAR<br>O/TIME<br>OTHER<br>BONUS2 | | <br>356.00<br>21.00<br>5.25 | 12,124.75<br>8,875.50<br>607.50<br>141.75<br>2,500.00 | SS/Med 927.53<br>Fed Wt 924.98 | IL State 28.90<br>WI State 421.77 | SIMPLE 240.38<br>PTOACU 23.48 | 15 Pays 9581.19 | |
| 05 - SPEECH THERAPY | | | | | | | | | | |
| DECKER, LEAH M | #0033<br>Single/01 | Gross<br>REGLAR | <br>35.0000 | <br>2.50 | 87.50<br>87.50 | SS/Med 6.70 | | | Net Pay 80.8[illegible]<br>Check #11316 | ☐ |
| RAMSEIER, KRISTIE A | #0032<br>Single/00 | Gross<br>REGLAR | <br>35.0000 | <br>11.50 | 402.50<br>402.50 | SS/Med 30.79<br>Fed Wt 31.34 | WI State 11.44 | | Net Pay 328.9[illegible]<br>Check #11317 | ☐ |
| 05 - SPEECH THERAPY<br>Totals | | Gross<br>REGLAR | | <br>14.00 | 490.00<br>490.00 | SS/Med 37.49<br>Fed Wt 31.34 | WI State 11.44 | | 2 Pays 409.7[illegible] | |
| CLIENT TOTALS | | Gross<br>REGLAR<br>O/TIME<br>SALARY<br>OTHER<br>PTO<br>BONUS2 | | <br>911.75<br>29.25<br><br>5.25<br>13.00 | 38,288.51<br>19,548.13<br>842.63<br>8,100.00<br>141.75<br>~~456.00~~<br>9,500.00 | SS/Med 2,364.85<br>Fed Wt 3,624.74 | IL State 152.05<br>WI State 1,227.59 | SIMPLE 549.20<br>PTOACU 46.81 | 39 Chks 30,370.0[illegible] | |

***Payroll Statistics***

Employees Paid: 28
Active Employees Not Paid: 13
Terminated Employees Paid: 0

Period Covered: 12/10/2005 - 12/23/2005
Check Date: 12/30/2005

Run: 29
Week: 52
Qtr: 4
Page: 3

Client: Z4R
GL REHABILITATION SERVICES LTD

**Payroll Register**



| Employee Information | | Earnings | Rate | Hours | Amount | Federal Taxes | | State/Local Taxes | | Deductions | | Net Pay | Check Cleared? ☑ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **01 - ADMINISTRATION** | | | | | | | | | | | | | |
| DICKINSON, LISA E<br>*Terminated* | T#0043<br>Single/01 | | | | | | | | | | | Net Pay | .00 |
| GORDON, CAROL M | #0040<br>Single/00 | Gross<br>SALARY | | | 4,000.00<br>4,000.00 | SS/Med<br>Fed Wt | 306.00<br>893.65 | IL State | 120.00 | | | Net Pay<br>Check | 2680.35<br>#10667 ☐ |
| KUEHL, GERALDINE | #0041<br>Married/00 | Gross<br>REGLAR | <br>15.0000 | <br>6.00 | 90.00<br>90.00 | SS/Med | 6.89 | IL State | 2.70 | | | Net Pay<br>Check | 80.41<br>#10668 ☐ |
| LARSON,ILENE L | #0022<br>Single/01 | Gross<br>SALARY | | | 4,100.00<br>4,100.00 | SS/Med<br>Fed Wt | 313.65<br>853.83 | WI State | 250.81 | SIMPLE | 123.00 | Net Pay<br>Check | 2558.71<br>#10669 ☐ |
| LARSON,ILENE L | #0022<br>Single/01 | Gross<br>BONUS2 | | | 1,000.00<br>1,000.00 | SS/Med | 76.50 | | | | | Net Pay<br>Check | 923.50<br>#10670 ☐ |
| MIYAKE, CAROL | #0042<br>Married/00 | Gross<br>REGLAR | <br>15.0000 | <br>2.00 | 30.00<br>30.00 | SS/Med | 2.30 | IL State | .90 | | | Net Pay<br>Check | 26.80<br>#10671 ☐ |
| SCHUSTER, MARK | #0006<br>Single/01 | Gross<br>REGLAR | <br>5.1500 | <br>60.00 | 309.00<br>309.00 | SS/Med<br>Fed Wt | 23.64<br>8.78 | WI State | 6.29 | | | Net Pay<br>Check | 270.29<br>#10672 ☐ |
| SCHUSTER, MARK | #0006<br>Single/01 | Gross<br>BONUS2 | | | 500.00<br>500.00 | SS/Med | 38.25 | | | | | Net Pay<br>Check | 461.75<br>#10673 ☐ |
| STECKELBERG,KRISTINA M | #0021<br>Single/01 | Gross<br>REGLAR<br>P T O | <br>14.0000<br>14.0000 | <br>68.50<br>12.50 | 1,134.00<br>959.00<br>175.00 | SS/Med<br>Fed Wt | 86.75<br>118.27 | WI State | 59.20 | SIMPLE<br>PTOACU | 34.02<br>6.85 | Net Pay<br>Check | 835.76<br>#10674 ☐ |
| STECKELBERG,KRISTINA M | #0021<br>Single/01 | Gross<br>BONUS2 | | | 500.00<br>500.00 | SS/Med | 38.25 | | | | | Net Pay<br>Check | 461.75<br>#10675 ☐ |
| TYLER, RACHEL G | #0030<br>Single/01 | Gross<br>REGLAR | <br>10.0000 | <br>3.00 | 30.00<br>30.00 | SS/Med | 2.29 | | | | | Net Pay<br>Check | 27.71<br>#10676 ☐ |
| **01 - ADMINISTRATION<br>Totals** | | **Gross<br>REGLAR<br>SALARY<br>P T O<br>BONUS2** | | **<br>139.50<br><br>12.50** | **11,693.00<br>1,418.00<br>8,100.00<br>175.00<br>2,000.00** | **SS/Med<br>Fed Wt** | **894.52<br>1,874.53** | **IL State<br>WI State** | **123.60<br>316.30** | **SIMPLE<br>PTOACU** | **157.02<br>6.85** | **10 Pays** | **8327.03** |
| **02 - CLERK** | | | | | | | | | | | | | |
| CAREY-AHLSWEDE, JAYNE<br>*Department Change* | #3886<br>Married/01 | Gross<br>REGLAR | <br>10.5000 | <br>73.00 | 766.50<br>766.50 | SS/Med<br>Fed Wt | 58.63<br>33.96 | WI State | 30.89 | | | Net Pay<br>Check | 643.02<br>#10677 ☐ |
| CAREY-AHLSWEDE, JAYNE | #3886<br>Married/01 | Gross<br>BONUS2 | | | 50.00<br>50.00 | SS/Med | 3.83 | | | | | Net Pay<br>Check | 46.17<br>#10678 ☐ |
| NEUSTIFTER, SANDRA | #0001<br>Married/01 | Gross<br>REGLAR | <br>10.5000 | <br>53.00 | 556.50<br>556.50 | SS/Med<br>Fed Wt | 42.58<br>11.29 | WI State | 14.59 | SIMPLE | 16.70 | Net Pay<br>Check | 471.34<br>#10679 ☐ |
| NEUSTIFTER, SANDRA | #0001<br>Married/01 | Gross<br>BONUS2 | | | 500.00<br>500.00 | SS/Med | 38.25 | | | | | Net Pay<br>Check | 461.75<br>#10680 ☐ |

| Employee Information | | Earnings | Rate | Hours | Amount | Federal Taxes | | State/Local Taxes | | Deductions | | Net Pay | Check Cleared? ☑ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02 - CLERK<br>Totals | | Gross<br>REGLAR<br>BONUS2 | | <br>126.00 | 1,873.00<br>1,323.00<br>550.00 | SS/Med<br>Fed Wt | 143.29<br>45.25 | WI State | 45.48 | SIMPLE | 16.70 | 4 Pays | 1622.28 |
| **03 - OCCUPATIONAL THERAPY** | | | | | | | | | | | | | |
| BREWER, JENNIFER L | #0024<br>Single/01 | Gross<br>REGLAR<br>P T O | <br>18.0000<br>18.0000 | <br>85.50<br>3.00 | 1,593.00<br>1,539.00<br>54.00 | SS/Med<br>Fed Wt | 121.86<br>197.24 | WI State | 88.13 | SIMPLE<br>PTOACU | 95.58<br>8.55 | Net Pay<br>Check | 1090.19<br>#10681 ☐ |
| BREWER, JENNIFER L | #0024<br>Single/01 | Gross<br>BONUS2 | | | 1,000.00<br>1,000.00 | SS/Med | 76.50 | | | | | Net Pay<br>Check | 923.50<br>#10682 ☐ |
| HAACK, KATIE ANN | #3885<br>Single/01 | Gross<br>REGLAR | <br>20.0000 | <br>5.75 | 115.00<br>115.00 | SS/Med | 8.80 | | | | | Net Pay<br>Check | 106.20<br>#10683 ☐ |
| JOHNSON, DIANE M. | #0018<br>Married/01 | Gross<br>REGLAR | <br>30.0000 | <br>10.00 | 300.00<br>300.00 | SS/Med | 22.95 | WI State | 3.22 | | | Net Pay<br>Check | 273.83<br>#10684 ☐ |
| KUCZER, DOROTHY S. | #0027<br>Single/02 | Gross<br>REGLAR<br>P T O | <br>28.0000<br>28.0000 | <br>56.00<br>23.00 | 2,212.00<br>1,568.00<br>644.00 | SS/Med<br>Fed Wt | 169.22<br>329.49 | WI State | 131.77 | SIMPLE<br>PTOACU | 66.36<br>5.60 | Net Pay<br>Check | 1515.16<br>#10685 ☐ |
| KUCZER, DOROTHY S. | #0027<br>Single/02 | Gross<br>BONUS2 | | | 1,000.00<br>1,000.00 | SS/Med | 76.50 | | | | | Net Pay<br>Check | 923.50<br>#10686 ☐ |
| MCKERNAN-ACE, DEBORAH | #0039<br>Married/00 | Gross<br>REGLAR | <br>20.0000 | <br>21.50 | 430.00<br>430.00 | SS/Med<br>Fed Wt | 32.89<br>12.23 | WI State | 10.05 | | | Net Pay<br>Check | 374.83<br>#10687 ☐ |
| RASMUSON,ERIK D | #0025<br>Single/02 | Gross<br>REGLAR<br>P T O | <br>28.0000<br>28.0000 | <br>80.00<br>1.25 | 2,275.00<br>2,240.00<br>35.00 | SS/Med<br>Fed Wt | 174.04<br>304.95 | WI State | 124.55 | SIMPLE<br>PTOACU | 227.50<br>8.00 | Net Pay<br>Check | 1443.96<br>#10688 ☐ |
| RASMUSON,ERIK D | #0025<br>Single/02 | Gross<br>BONUS2 | | | 1,000.00<br>1,000.00 | SS/Med | 76.50 | | | | | Net Pay<br>Check | 923.50<br>#10689 ☐ |
| 03 - OCCUPATIONAL THERAPY<br>Totals | | Gross<br>REGLAR<br>P T O<br>BONUS2 | | <br>258.75<br>27.25 | 9,925.00<br>6,192.00<br>733.00<br>3,000.00 | SS/Med<br>Fed Wt | 759.26<br>843.91 | WI State | 357.72 | SIMPLE<br>PTOACU | 389.44<br>22.15 | 9 Pays | 7574.67 |
| **04 - PHYSICAL THERAPY** | | | | | | | | | | | | | |
| BOETTCHER, JENNIFER E | #0031<br>Married/01 | Gross<br>REGLAR<br>OTHER | <br>28.0000<br>28.0000 | <br>73.00<br>7.00 | 2,240.00<br>2,044.00<br>196.00 | SS/Med<br>Fed Wt | 171.36<br>234.38 | WI State | 133.54 | SIMPLE<br>DENTAL<br>PTOACU | 67.20<br>15.50<br>7.30 | Net Pay<br>Check | 1618.02<br>#10690 ☐ |
| BOETTCHER, JENNIFER E | #0031<br>Married/01 | Gross<br>BONUS2 | | | 1,000.00<br>1,000.00 | SS/Med | 76.50 | | | DENTAL | 15.50 | Net Pay<br>Check | 908.00<br>#10691 ☐ |
| CARAWAY, NANCY KAY | #0044<br>Single/02 | Gross<br>REGLAR | <br>21.0000 | <br>7.75 | 162.75<br>162.75 | SS/Med | 12.45 | | | | | Net Pay<br>Check | 150.30<br>#10692 ☐ |
| FLANAGAN, MELISSA | #0004<br>Married/02 | Gross<br>REGLAR | <br>28.0000 | <br>80.00 | 2,240.00<br>2,240.00 | SS/Med<br>Fed Wt | 171.36<br>206.42 | WI State | 128.32 | SIMPLE<br>PTOACU | 134.40<br>8.00 | Net Pay<br>Check | 1599.50<br>#10693 ☐ |

| Employee Information | | Earnings | Rate | Hours | Amount | Federal Taxes | | State/Local Taxes | | Deductions | | Net Pay | Check Cleared? ☑ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FLANAGAN, MELISSA | #0004<br>Married/02 | Gross<br>BONUS2 | | | 1,000.00<br>1,000.00 | SS/Med | 76.50 | | | | | Net Pay<br>Check | 923.50<br>#10694 ☐ |
| HUBER, MICHELLE R | #0035<br>Single/01 | Gross<br>REGLAR | <br>30.0000 | <br>13.50 | 405.00<br>405.00 | SS/Med<br>Fed Wt | 30.98<br>18.38 | WI State | 10.71 | | | Net Pay<br>Check | 344.93<br>#10695 ☐ |
| SCHULZ, LAMONT J | #0008<br>Married/03 | Gross<br>REGLAR | <br>21.0000 | <br>18.50 | 388.50<br>388.50 | SS/Med | 29.72 | WI State | 5.60 | | | Net Pay<br>Check | 353.18<br>#10696 ☐ |
| SHILTS, JEANNE | #0002<br>Single/01 | Gross<br>REGLAR<br>P T O | <br>22.0000<br>22.0000 | <br>58.00<br>15.00 | 1,606.00<br>1,276.00<br>330.00 | SS/Med<br>Fed Wt | 122.86<br>184.23 | WI State | 84.34 | SIMPLE<br>PTOACU | 160.60<br>5.80 | Net Pay<br>Check | 1053.97<br>#10697 ☐ |
| SHILTS, JEANNE | #0002<br>Single/01 | Gross<br>BONUS2 | | | 1,000.00<br>1,000.00 | SS/Med | 76.50 | | | | | Net Pay<br>Check | 923.50<br>#10698 ☐ |
| WILDT,PHILIP R | #0028<br>Married/01 | Gross<br>REGLAR | <br>30.0000 | <br>10.25 | 307.50<br>307.50 | SS/Med | 23.53 | WI State | 3.57 | | | Net Pay<br>Check | 280.40<br>#10699 ☐ |
| **04 - PHYSICAL THERAPY<br>Totals** | | **Gross<br>REGLAR<br>OTHER<br>P T O<br>BONUS2** | | **<br>261.00<br>7.00<br>15.00** | **10,349.75<br>6,823.75<br>196.00<br>330.00<br>3,000.00** | **SS/Med<br>Fed Wt** | **791.76<br>643.41** | **WI State** | **366.08** | **SIMPLE<br>DENTAL<br>PTOACU** | **362.20<br>31.00<br>21.10** | **10 Pays** | **8155.30** |
| 05 - SPEECH THERAPY | | | | | | | | | | | | | |
| DECKER, LEAH M | #0033<br>Single/01 | Gross<br>REGLAR | <br>35.0000 | <br>6.25 | 218.75<br>218.75 | SS/Med | 16.73 | WI State | 2.14 | | | Net Pay<br>Check | 199.88<br>#10700 ☐ |
| RAMSEIER, KRISTIE A | #0032<br>Single/00 | Gross<br>REGLAR | <br>35.0000 | <br>6.00 | 210.00<br>210.00 | SS/Med<br>Fed Wt | 16.07<br>10.81 | WI State | 2.58 | | | Net Pay<br>Check | 180.54<br>#10701 ☐ |
| **05 - SPEECH THERAPY<br>Totals** | | **Gross<br>REGLAR** | | **<br>12.25** | **428.75<br>428.75** | **SS/Med<br>Fed Wt** | **32.80<br>10.81** | **WI State** | **4.72** | | | **2 Pays** | **380.42** |
| **CLIENT TOTALS** | | **Gross<br>REGLAR<br>SALARY<br>OTHER<br>P T O<br>BONUS2** | | **<br>797.50<br><br>7.00<br>54.75** | **34,269.50<br>16,185.50<br>8,100.00<br>196.00<br>1,238.00<br>8,550.00** | **SS/Med<br>Fed Wt** | **2,621.63<br>3,417.91** | **IL State<br>WI State** | **123.60<br>1,090.30** | **SIMPLE<br>DENTAL<br>PTOACU** | **925.36<br>31.00<br>50.10** | **35 Chks** | **26,059.70** |

***Payroll Statistics***

| | |
|---|---|
| Employees Paid: | 24 |
| Active Employees Not Paid: | 11 |
| Terminated Employees Paid: | 0 |