**AMERICAN EXPRESS**

Prepared For: CAROL M GORDON / GL HEALTHCARE SVCS
Account Number: XXXX-XXXXX6-91006
Closing Date: 01/18/08
Page 3 of 5

## Due in Full continued

| Date | Description | | Amount |
|---|---|---|---|
| 01/14/08 | QUILL CORPORATION 00LINCOLNSHIRE IL  8007898965  Description  PRINTING/WRITI | | 270.22 |

**Total of Due in Full Activity for CAROL M GORDON** — 302.27

## Due in Full Activity for ILENE LARSON
Card XXXX-XXXXX6-94018

| Date | Description | | Amount |
|---|---|---|---|
| 12/23/07 | PAYPAL *CHERRYPFIL 4029357733   CA  4029357733  Description  PROFESSIONAL S | | 49.99 Credit |
| 12/19/07 | AMAZON.COM    AMZN.COM/BILL   WA  MERCHANDISE | | 78.88 |
| 12/19/07 | PAYPAL *DIANEGUENTH 4029357733   CA  4029357733  Description  PROFESSIONAL S | | 54.99 |
| 12/19/07 | PAYPAL *IMPERIALLJG 4029357733   CA  4029357733  Description  PROFESSIONAL S | | 100.00 |
| 12/19/07 | PAYPAL *MMURCEK 4029357733   CA  4029357733  Description  PROFESSIONAL S | | 51.94 |
| 12/20/07 | APTA - INTERNET 0000ALEXANDRIA   VA  7036842782  Description  CHARITABLE & SOCIAL | | 139.00 |
| 12/30/07 | STAPLES   MONONA   WI  OFFICE SUPPLIES | | 168.78 |
| 01/03/08 | ENTERPRISE RENT-A-CAR MADISON   WI  Location  Rental:  MADISON WI  Return:  MADISON WI  Agreement Number: 0742004  Renter Name: SHILTS JE | Date  07/12/10  08/01/03 | 763.85 |
| 01/08/08 | AMAZON.COM    AMZN.COM/BILL   WA  MERCHANDISE | | 51.14 |
| 01/08/08 | PAYMYBILL   CHANTILLY   VA  800-820-6829 | Carol/Collections | 182.29 |
| 01/08/08 | USPS 5654840256   MADISON   WI  6082461221 | | 328.00 |
| 01/08/08 | STAPLES   MONONA   WI  OFFICE SUPPLIES | | 203.58 |
| 01/08/08 | FEDEX PAY-BY-PHONE 8MEMPHIS   TN  8006221147  Description  Price  TRUCKING/MOV   20.45 | Carol Dec Fedx | 20.45 |
| 01/18/08 | YAHOO *GLREHAB.COM 800-318-0870   CA  SERVICE | | 11.95 |

**Total of Due in Full Activity for ILENE LARSON** — 2,104.86

**Total Due in Full Activity** — 2,407.13

EXHIBIT B