

## GL Healthcare Services
## Check/Expense Request

| Today's Date: 12/2004 | Mail Check To: Ilene Larson |
|---|---|
| Name: Ilene Larson | Street Address: 2620 Waunona Way |
| Daytime Phone Number: 608-223-1452 | City, State, Zip: Madison, Wisconsin 53713 |

Category: Marketing/Employee Welfare

Details: (Attach Receipts/Support)

| | |
|---|---|
| PerDiem Movie Cards | 405. |
| Regular staff Xmas gifts | 400. |
| Nazareth House Xmas | $65.00 |
| UV Xmas | $76.72 |
| NGH Xmas | 55.00 |
| Misc Xmas | 68.53 |
| Cards/Invitations | 44.67 |
| | 1114.92 |

Amount: $1114.92

Facility: _____ G/L Account: _____  ☐AD ☐OT ☐PT ☐ST

Employee Signature: _____ Date: 12/2004

Rehab Director /Date                     Rehabilitation Agency Administrator/Date

Distribution: Rehab Agency Administrator. Copy in Financial Records Manual.

Forms/FM/Check & Expense Request M & EW /April 2004       GL Healthcare Services



```
Tran: 00675260
01 Gift Card Activation    $15 00
   Acct: ****3636
Tran: 00675263
01 Gift Card Activation    $15 00
   Acct: ****3610
Tran: 00675266
01 Gift Card Activation    $15 00
   Acct: ****3602
Tran: 00675269
01 Gift Card Activation    $15 00
   Acct: ****3594
Tran: 00675272
01 Gift Card Activation    $15 00
   Acct: ****3586
Tran: 00675275
01 Gift Card Activation    $15 00
   Acct: ****3578

Tran: 00675278
01 Gift Card Activation    $15 00
   Acct: ****3560
Tran: 00675281
01 Gift Card Activation    $15 00
   Acct: ****3552
Tran: 00675284
01 Gift Card Activation    $15 00
   Acct: ****4261
Tran: 00675287
01 Gift Card Activation    $15 00
   Acct: ****4253
Tran: 00675290
01 Gift Card Activation    $15 00
   Acct: ****4246
Tran: 00675293
01 Gift Card Activation    $15 00
   Acct: ****4238
Tran: 00675296

01 Gift Card Activation    $15 00
   Acct: ****4295
Tran: 00675300
01 Gift Card Activation    $15 00
   Acct: ****4279
Tran: 00675303
01 Gift Card Activation    $15 00
   Acct: ****4287
Tran: 00675307
01 Gift Card Activation    $15 00
   Acct: ****3628
Tran: 00675310
01 Gift Card Activation    $30 00
   Acct: ****5144
Tran: 00675313

   Total:                  $405 00
```

```
                MARCUS POINT
             7825 BIG SKY DRIVE
             MADISON, WI  53719
                12/2/04  4:55pm
                  SALES DRAFT

CASHIER: 1108                        STATION: 002
Sales

01 Gift Card Activation    $15 00
   Acct: ****4667
Tran: 00675236
01 Gift Card Activation    $15 00
   Acct: ****3719
Tran: 00675239

01 Gift Card Activation    $15 00
   Acct: ****3701
Tran: 00675242
01 Gift Card Activation    $15 00
   Acct: ****3693
Tran: 00675245
01 Gift Card Activation    $15 00
   Acct: ****3685
Tran: 00675248
01 Gift Card Activation    $15 00
   Acct: ****3677
Tran: 00675251
01 Gift Card Activation    $15 00
   Acct: ****3669
Tran: 00675254
01 Gift Card Activation    $15 00
   Acct: ****3651
Tran: 00675257
01 Gift Card Activation    $15 00
```

```
AUTH: 491771
ACCT: ************4616
 EXP: 0606
NAME: LARSON/ILENE L

                Signature
            CUSTOMER COPY
```

```
         FYE #180
      WEST TOWNE MALL
      MADISON, WI  53719
  608 833 5460 12-04-04 500180 R002
                    R E P R I N T

CHRISTMAS SONGS              15 99R
  060780470529
CHRISTMAS WITH THE BE        18 99R
  724357976527
CHRISTMAS WITH JOHNNY         7 99R
  056775505424
DISCOUNT          11  @ -4 00
PRESENTS ALL TIME GRT        21 99R
  056677190124
                    R E P R I N T
SUB TOTAL
                          64 96
                    R E P R I N T
SALES TAX  5 500%          3 57
TOTAL                     68 53
AMOUNT TENDERED
CASH                      70 00
TOTAL PAYMENT             70 00
CHANGE                     1 47
  Unopened mdse may be returned;
  defective mdse can exchange for same
  item w/in 30 days w/original receipt
  Electronics & game syst see mfr wrnty
  #54895   12-04-04 03:50P Cee
  THANK YOU FOR SHOPPING AT FYE!
```



```
         FYE #180
      WEST TOWNE MALL
      MADISON  WI  53719
  608 833 5460 12-04-04 500180 R002

CUSTOMER RECEIPT COPY
CHRISTMAS ISLAND              9 99
  008811148928
HARRY FOR THE HOLIDAY        14 99
  827969055021
TOYS FOR TOTS                 4 99
  778325104016
SUB TOTAL                    29 97
SALES TAX  5 500%             1 65
TOTAL                        31 62
AMOUNT TENDERED
AMEX                         31 62
CARD #            **********3010
EXP DATE                       ****
AMOUNT                       31 62
AUTH CODE                   583991
TOTAL PAYMENT                31 62
  Unopened mdse may be returned
  defective mdse can exchange for same
  item w/in 30 days w/original receipt
  Electronics & game syst see mfr wrnty
  #54891   12-04-04 03:49P Cee
  THANK YOU FOR SHOPPING AT FYE!
```



Bruc  31.62
Pat    15.
Laura  10.
Jen    20.
      ─────
       76.62

# GL Rehabilitation Services
## Check/Expense Request

| Today's Date: 11/05 | Mail Check To: |
| --- | --- |
| Name: | Street Address: |
| Daytime Phone Number: | City, State, Zip: |

Category: ☐ Office Supplies  ☐ Therapy Supplies  ☐ Travel/Meals/Con Ed  ☐ Phone/Internet  ☒ Outreach/Employee Welfare

Reason For Request: (Attach Receipts/Support)

| | |
| --- | --- |
| Staff Xmas | $360. |
| Christmas tags/paper | 57.00 |
| NEH Rodger G. | $35. |
| CV Jennifer Braun | $42. |
| CV Staff | $58.50 |
| Xmas Decor. | $23.64 |
| Misc Xmas. | $140.95 |
| Misc Xmas /Wrap | 39.84 |
| "    "    " | 20.13 |
| Staff Cookies | $17.25 |
| Inservice Food | 63.35 |
| Cheesecake | 53.95 |
| MA2 | 12.07 |
| Fall Decorations of Fifty + Booth | 164.42 |

Amount: $1031.11

Facility: _____  ☐ AD  ☐ OT  ☐ PT  ☐ ST

Employee Signature: _____  Date: 11/05

Rehabilitation Agency Administrator _____  Date: _____

Distribution: Rehab Agency Administrator. Copy in Financial Records Manual.

Forms/FM/Check & Expense Request/Jun 20 2005     GL Rehabilitation Services     Form # FM335.105

Barnes & Noble Bookseller
7433 Mineral Point Road
Madison, WI 53717
(608) 827-0809
12-07-05 S02720 R014

CUSTOMER RECEIPT COPY

| | |
|---|---|
| GIFT CARD ISSUE | 10.00N |
| CARD #: 504507615493967 | |
| AUTH CODE: #001000 | |
| GIFT CARD ISSUE | 10.00N |
| CARD #: 504507615 [illegible] 59 | |
| AUTH CODE: #[illegible] | |
| GIFT CARD ISSUE | 10.[illegible] |
| CARD #: 504507615493942 | |
| AUTH CODE: #001000 | |
| GIFT CARD ISSUE | 10.00N |
| CARD #: 504507615493934 | |
| AUTH CODE: #001000 | |
| GIFT CARD ISSUE | 10.00N |
| CARD #: 504507615493991 | |
| [illegible]H CODE: #001000 | |
| [illegible]T CARD ISSUE | 10.00N |
| [illegible]D #: 504507615493736 | |
| [illegible]TH CODE: #001000 | |
| [illegible]T CARD ISSUE | 10.00N |
| [illegible]D #: 504507615494023 | |
| TH CODE: #001000 | |
| FT CARD ISSUE | 10.00N |
| [illegible]D #: 5045076154940[illegible] | |
| TH CODE: #001000 | |
| FT CARD ISSUE | 10.00N |
| CARD #: 504507615494007 | |
| AUTH CODE: #001000 | |
| GIFT CARD ISSUE | 10.00N |
| CARD #: 504507615493983 | |
| AUTH CODE: #001000 | |
| WHAT I REALLY WANT FOR X | 13.99 |
| 0828767030029 | |
| DISCOUNT 18.99 - 5.00 | |
| SUB TOTAL | 113.99 |
| SALES TAX | .77 |
| TOTAL | 114.76 |
| AMOUNT TENDERED | |
| AMEX | 114.76 |
| CARD #: | ***********3010 |
| AMOUNT | 114.76 |
| AUTH CODE | 561076 |
| TOTAL PAYMENT | 114.76 |

Thank you for shopping at
Barnes & Noble Booksellers
#161356 12-07-05 12:40P RichaW

POS1 [illegible] 30 ***EOUT ***
TAKE OUT [illegible] PM
TG FAN [illegible]
TG FAN [illegible]
TG PH [illegible]
TG PH [illegible] CHICK [illegible]
Server: PHI[illegible]
Table: [illegible]
Dec [illegible]

```
        Barnes & Noble Bookseller
         7433 Mineral Point Road
            Madison, WI 53717
              (608) 827-0809
         11 25 06 S02720 R008

CUSTOMER RECEIPT COPY

GIFT CARD ISSUE              10.00N
CARD #: 639455074348839
AUTH CODE: #001000
GIFT CARD ISSUE              10.00N
CARD #: 639455074348306
AUTH CODE: #001000
GIFT CARD ISSUE              10.00N
CARD #: 639455074348314
AUTH CODE: #001000
GIFT CARD ISSUE              10.00N
CARD #: 639455074348769
AUTH CODE: #001000
GIFT CARD ISSUE              10.00N
CARD #: 639455074348694
AUTH CODE: #001000
GIFT CARD ISSUE              10.00N
CARD #: 639455074348702
AUTH CODE: #001000
GIFT CARD ISSUE              10.00N
CARD #: 639455074348710
AUTH CODE: #001000
GIFT CARD ISSUE              10.00N
CARD #: 639455074348728
AUTH CODE: #001000
GIFT CARD ISSUE              10.00N
CARD #: 639455074348736
AUTH CODE: #001000
GIFT CARD ISSUE              10.00N
CARD #: 639455074348744
AUTH CODE: #001000
GIFT CARD ISSUE              10.00N
CARD #: 639455074348751
AUTH CODE: #001000
GIFT CARD ISSUE              10.00N
CARD #: 639455074347746
AUTH CODE: #001000
GIFT CARD ISSUE              10.00N
CARD #: 639455074348249
AUTH CODE: #001000
GIFT CARD ISSUE              10.00N
CARD #: 639455507434729O
```

```
AUTH CODE: #001000
GIFT CARD ISSUE              10.00N
CARD #: 639455074347795
AUTH CODE: #001000
GIFT CARD ISSUE              10.00N
CARD #: 639455074348652
AUTH CODE: #001000
GIFT CARD ISSUE              10.00N
CARD #: 639455074348660
AUTH CODE: #001000
GIFT CARD ISSUE              10.00N
CARD #: 639455074348678
AUTH CODE: #001000
GIFT CARD ISSUE              10.00N
CARD #: 639455074348686
AUTH CODE: #001000
GIFT CARD ISSUE              10.00N
CARD #: 639455074348132
AUTH CODE: #001000
GIFT CARD ISSUE              10.00N
CARD #: 639455074348140
AUTH CODE: #001000
GIFT CARD ISSUE              10.00N
CARD #: 639455074348157
AUTH CODE: #001000
GIFT CARD ISSUE              10.00N
CARD #: 639455074348165
AUTH CODE: #001000
GIFT CARD ISSUE              10.00N
CARD #: 639455074348173
AUTH CODE: #001000
GIFT CARD ISSUE              10.00N
CARD #: 639455074348124
AUTH CODE: #001000
GIFT CARD ISSUE              10.00N
CARD #: 639455074348223
AUTH CODE: #001000
GIFT CARD ISSUE              10.00N
CARD #: 639455074346649
AUTH CODE: #001000
GIFT CARD ISSUE              10.00N
CARD #: 639455074349718
AUTH CODE: #001000
GIFT CARD ISSUE              10.00N
CARD #: 639455074349726
AUTH CODE: #001000
GIFT CARD ISSUE              10.00N
CARD #: 639455074346603
AUTH CODE: #001000
GIFT CARD ISSUE              10.00N
CARD #: 639455074348611
AUTH CODE: #001000
GIFT CARD ISSUE              10.00N
```

```
AUTH CODE: #001000
GIFT CARD ISSUE                10.00N
CARD #: 6394550743486637
AUTH CODE: #001000
GIFT CARD ISSUE                10.00N
CARD #: 6394550743486645
AUTH CODE: #001000
GIFT CARD ISSUE                10.00N
CARD #: 6394550743470043
AUTH CODE: #001000
GIFT CARD ISSUE                10.00N
CARD #: 6394550743491148
AUTH CODE: #001000
GIFT CARD ISSUE                10.00N
CARD #: 6394550743477767
AUTH CODE: #001000
GIFT CARD ISSUE                10.00N
CARD #: 6394550743417803
AUTH CODE: #001000
GIFT CARD ISSUE                10.00N
CARD #: 6394550743478111
AUTH CODE: #001000
GIFT CARD ISSUE                10.00N
CARD #: 6394550743486256
AUTH CODE: #001000
Night Before Dog Nas            5.95
9780880888356
Among the Hidden (Shadow        2.99
9781416924982
Mister Monday (Keys to t        2.99
9780439856263
Wish List                       5.98
9780641650581
Eragon: Inheritance Tri         5.99
9780440238485

SUB TOTAL                     424.90
SALES TAX                       1.37
TOTAL                         426.27
AMOUNT TENDERED
AMEX                          426.27
CARD #:               ************3010
AMOUNT        426.27
AUTH CODE     509734

TOTAL PAYMENT                 426.27
     Thank you for shopping at
     Barnes & Noble Booksellers
#715562 11-25-06 04:04P K1mF
```



www.LuggagePros.com

**Luggage Pros**
1409 Fairfield Rd S.
Minnetonka, MN 55305
1-800-595-5456
luggage@luggagepros.com

**Ship To:**
GL Rehabilitation Services ATTN: Ilene
Larson
2620 Waunona Way
Madison, WI  53713

**Invoice # 47100**           **Date 10/17/2006**

|  |  |  | Retail Price | Your Price |
|---|---|---|---|---|
| IID6656   8 Kipling Madhouse Expandable Messenger | Black | TM2133/001 | $72.00 | $48.00 |
| IID6656   8 Kipling Madhouse Expandable Messenger | Black | TM2133/001 | $72.00 | $48.00 |
| IID6656   8 Kipling Madhouse Expandable Messenger | Black | TM2133/001 | $72.00 | $48.00 |
| IID6656   8 Kipling Madhouse Expandable Messenger | Black | TM2133/001 | $72.00 | $48.00 |
| IID12354  4 Kipling Madhouse Expandable Messenger | Blue Jean | TM2133/428 | $72.00 | $48.00 |
| IID12354  4 Kipling Madhouse Expandable Messenger | Blue Jean | TM2133/428 | $72.00 | $48.00 |
| IID12354  4 Kipling Madhouse Expandable Messenger | Blue Jean | TM2133/428 | $72.00 | $48.00 |
| IID12354  4 Kipling Madhouse Expandable Messenger | Blue Jean | TM2133/428 | $72.00 | $48.00 |
| IID6928   3 Kipling Madhouse Expandable Messenger | Red | TM2133/600 | $72.00 | $48.00 |
| IID6928   3 Kipling Madhouse Expandable Messenger | Red | TM2133/600 | $72.00 | $48.00 |
| IID6928   3 Kipling Madhouse Expandable Messenger | Red | TM2133/600 | $72.00 | $48.00 |
| IID6928   3 Kipling Madhouse Expandable Messenger | Red | TM2133/600 | $72.00 | $48.00 |
| IID13545  0 Kipling Madhouse Expandable Messenger | True Blue | TM2133/428 | $72.00 | $48.00 |
| IID13545  0 Kipling Madhouse Expandable Messenger | True Blue | TM2133/428 | $72.00 | $48.00 |

Page 1                                                                                      Printed by: Krista

| | | | | |
|---|---|---|---|---|
| IID13545  IID13545 | 0 Kipling Madhouse Expandable Messenger | True Blue TM2133/428 | $72.00 | $48.00 |
| IID13545  IID13545 | 0 Kipling Madhouse Expandable Messenger | True Blue TM2133/428 | $72.00 | $48.00 |

Shipper **UPS**
shipping_type **Ground**

**Thanks for shopping LuggagePros!**

Subtotal $768.00
Tax $0.00
Shipping $0.00
Total **$768.00**
You saved $384.00

Page 2                    Printed by: Krista