```
          HARVEST
     21 NORTH PINCKNEY STREET
        MADISON, WI  53703
          608-255-6075
            Sale

Ser #: 10
ID  P302735        Ref #: 0024
12-14-04                   21:21:44
Ba   # 678

AMEX
371535255693010     Exp: 09/05
Appr Code: 587586  Invoice#: 000028
Amount:              $180.98
Tip:                  35.00
Total:               215.98

         Customer Copy
          Thank You
```

GLH
Jerry
& Glen



EXHIBIT
D

# GL Rehabilitation Services
## Check/Expense Request

| Today's Date: Dec 2006 | Mail Check To: Ilene Larson |
|---|---|
| Name: Ilene Larson | Street Address: 2620 Waunona Way |
| Daytime Phone Number: 608-223-1452 | City, State, Zip: Madison, Wisconsin 53713 |

Category: ☐Office Supplies  ☐Therapy Supplies  ☒Travel/Meals/Con Ed  ☐Phone/Internet  ☐Outreach/Employee Welfare

Reason For Request: (Attach Receipts/Support)

| | |
|---|---|
| Quiznos Staff Meeting Lunch | $29.27 |
| Ilene/Jeanne dinner | $96.00 |
| Culvers dessert for Christmas Lunch | $37.98 |
| Transportation | $450.00 |
| Staff Food /Setting Up BC | $46.00 |
| Panera Ilene/Jeanne Setting up BC | 19.15 |
| Ilene/Mark dinner | 70.00 |

Amount: $748.40

Facility: _____    ☐AD  ☐OT  ☐PT  ☐ST

Employee Signature: _____    Date: Dec 2006

Rehabilitation Agency Administrator _____    Date: _____

Distribution: Rehab Agency Administrator. Copy in Financial Records Manual.

Forms/FM/Check & Expense Request/Jun 20 2005    GL Rehabilitation Services    Form # FM335.105

**AVANTI**
Main Dining Room

Check No  Tab  Cov  Server  Time       Date
31983/1   104  2    99      6:48:18 PM 12/2/2
006

| | | |
|---|---|---:|
| 1 | Homemade Calamari | 9.00 |
| 1 | Baked Lasagna | 1.00 |
| | Baked French Onion | 1.00 |
| 1 | Shrimp Scampi Ravioli | ni.uu |
| | Baked French Onion | 1.00 |
| | Food Sub-Total | |
| 4 | G 341 Healdsburg Vineyard | 24.00 |
| | Beverage Sub-Total | 24.00 |
| | Other Sub-Total | 0.00 |
| | SUB TOTAL | 63.00 |
| | Sales Tax | 3.50 |
| | TOTAL | 66.50 |

THANK YOU