**DIMAGGIO TIRE SERVICE CENTER**

901 W. Broadway
Monona, Wi. 53713
Phone - 608-221-8777   Fax - 608-221-0021

INVOICE
26775

# INVOICE

Print Date : 10/04/2007

LARSON, ILENE
2620 WYNONA WAY
Madison, WI   53716

Cust ID :  6655

2003 Honda - Accord EX
2.4L, In-Line4, VIN (CM5)
Lic # :
Unit # :
Vin # :
Hat # :

Odometer In : 62396
Odometer Out : 62396

Ref # :

| Part Description / Number | Qty | Sale | Extended | Labor Description | Extended |
|---|---|---|---|---|---|
| YOKOHAMA AVID TRZ 91T P205/60R16 | 4.00 | 97.95 | 391.80 | BALANCE TIRE [ LIFETIME ] ROTATION [LIFETIME] | 51.00 |
| Valve Stem 123 | 4.00 | 3.00 | 12.00 | | |
| TIRE DISPOSAL 101 | 4.00 | 3.25 | 13.00 | | |
| WHEEL WEIGHT 102 | 4.00 | 2.25 | 9.00 | | |

[ Technicians : HAAS , STEVE; CORDTS, JESSE ]

Org. Estimate $502.37   Revisions $0.00   Current Estimate $ 502.37   Additional Cost   Revised Estimate

| | |
|---|---|
| Labor: | $51.00 |
| Parts: | $425.80 |
| Sublet: | $0.00 |
| Sub: | $476.80 |
| Tax: | $25.57 |
| Total: | $502.37 |
| Bal Due: | $0.00 |

[ Payments - American Express - $502.37 ]

Motor vehicle repair practices are regulated by chapter ATCP 132, Wis. Adm. Code, administered the Bureau of Consumer Protection, Wisconsin Dept. of Agriculture, Trade and Consumer Protection, P.O. Box 8911, Madison, Wisconsin 53708-8911

☐ This vehicle received without face to face customer contact.

Shop Representative

YOU ARE ENTITLED TO A PRICE ESTIMATE FOR THE REPAIRS YOU HAVE AUTHORIZED. THE REPAIR PRICE MAYBE LESS THAT THE ESTIAMTE, BUT WILL NOT EXCEED THE ESTIMATE WITHOUT YOUR PERMISSION. YOUR SIGNATURE WILL INDICATE YOUR ESTIMATE SELECTION.
1. I request an estimate in writing before you begin repair

Having authority to do so I hereby order the above products and services, parts and labor and grant permission to you and/or your employees to operate the vehicle described for the purpose of testing and/or inspection. I agree to pay cash when the work is completed or to pay on other terms satisfactory to you. Until paid in full, the amount owing on this work shall constitute a lien on the motor vehicle. If collection is made by suit or otherwise, I agree to pay storage and collection and reasonable attorney's fees.

Customer Sign: _____
Date: _____

2. Please proceed with repairs, but call me before continuing if the price will exceed $ _____
3. I do not want an estimate _____
Do you want the replaced parts you are entitled to? ☐ Yes ☐ No

Payment will be made by ☐ Cash ☐ Check ☐ Credit
Call when vehicle is ready ☐ Yes ☐ No

Written By: <none>

Page 1 of 1

**EXHIBIT E**

For our Special pricing and to order
Call Toll Free: 1(800) 372-3377

# ALTMAN LUGGAGE CO.
## ALWAYS THE BEST PRICE
135 Orchard Street, New York, NY 10002 (212) 254-7275 • Fax (212) 254-7663

| Page | Date | Order No. |
|---|---|---|
| 1 | 10/15/07 | 177183A |

**SOLD TO:**
ILENE LARSON
143 BERNICE ST
BENSENVILLE, IL 60106

**SHIP TO:**
ILENE LARSON
GL REHAB
2620 WAUNONA WAY
MADISON, WI 53713

| Customer No. | Sales I.D. | Reference # | Media Code | Terms |
|---|---|---|---|---|
| 166201 | /FS | | /2003 | XXXXXXXX4018 AMERICAN |

| Credit Card Number | Type | Phone Number | Total Wt. | Zone | # Packages | Ship Via |
|---|---|---|---|---|---|---|
| | | (608) 223-1452 | 0.0 Lbs | | 1 | UPS |

Message:

| Qty. | B/O | Shipped | Item # | Description | Unit Price | Disc | Extension |
|---|---|---|---|---|---|---|---|
| 6 | 0 | 6 | KI3013RED | KIPLING RED MORRISEY CLUTCH | 43.0000 | -- | 258.00 |
| 6 | 0 | 6 | | KIPLING 3013 TRUE BLUE | 43.0000 | -- | 258.00 |
| 5 | 0 | 5 | | KIPLING 3013 BLUE JEAN | 43.0000 | -- | 215.00 |
| | | | | MERCHANDISE INVOICE TOTAL $ | | | 731.00 |
| | | | | INVOICE TOTAL $ | | | 731.00 |
| | | | | CR. CARD: AX; APPR:111705 $ | | | -731.00 |



EXHIBIT F

LAW OFFICES

## STROUD, WILLINK & HOWARD, LLC

25 WEST MAIN STREET
SUITE 300
P.O. BOX 2236
MADISON, WISCONSIN 53701-2236

TELEPHONE (608) 257-2281
FACSIMILE (608) 257-7643
email@stroudlaw.com
www.stroudlaw.com

**FILE COPY**

February 27, 2008

Gregg I. Minkow
Hinshaw & Culbertson LLP
222 N. LaSalle Street, Suite 300
Chicago, IL 60601-1081

Re:   <u>Gordon v. Larson et al., Case No. 08CH04859</u>

Dear Mr. Minkow:

We represent the Defendants in the above-referenced matter. We are in receipt of the Complaint filed with the Circuit Court of Cook County. This letter is in reference to Count IV of that Complaint.

In Count IV, Plaintiff alleges conversion of a certain piece of equipment known as "Game Ready." Plaintiff has never before claimed, until the initiation of this action, that GL Rehabilitation Services, Ltd. ("GL Rehabilitation") did not own Game Ready or that Plaintiff expected to receive it back after the stock purchase transaction. Prior to the Closing, Plaintiff never asked for the Game Ready and Defendants have never refused any request for its return. According to the terms of the Stock Purchase Agreement ("Agreement"), Game Ready is an asset of GL Rehabilitation. The Agreement in paragraph 4 identifies the items of property which Seller was entitled to retain. Game Ready was not listed as one of such assets excluded from the sale. In paragraph 13, Carol Gordon warranted that she had no knowledge or notice of any claims against GL Rehabilitation, which obviously was not true if Gordon believed that GL Rehabilitation had possession of property belonging to her. Finally, Gordon signed a Release at Closing, releasing GL Rehabilitation from "any and all claims and liabilities of any nature." The Release covers any claim of conversion against GL Rehabilitation.

GL Rehabilitation is not a party to the Stock Purchase Agreement which is the subject of the above-referenced action. GL Rehabilitation was named in the Cook County action as a sham, "solely for the purpose of defeating federal diversity jurisdiction" and preventing removal of the case to federal court. <u>Schwartz v. State Farm Mut. Auto. Ins. Co.</u>, 174 F.3d 875, 878 (7th Cir. 1999).

ESTABLISHED 1892


EXHIBIT
G

STROUD, WILLINK & HOWARD, LLC

Gregg I. Minkow
Page 2
February 27, 2008


In order to eliminate your sham conversion claim against GL Rehabilitation, the Defendants will allow Ms. Gordon to take possession of Game Ready. You may make arrangements to pick up Game Ready at any time, provided that you give us prior notice. Alternatively, we will have Game Ready delivered directly to you. Let us know if you want it delivered or if you want to pick it up. We also demand that GL Rehabilitation be dismissed from the lawsuit. If you refuse, you will be subject to sanctions for your frivolous claim.

Very truly yours,

STROUD, WILLINK & HOWARD, LLC

By: *[signature]*

Susan B. Parsons

SBP/neb

cc:   Ilene Larson
      Jeanne Shilts