# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

Case Number: 08 C 1373

CAROL M. GORDON
v.
ILENE LARSON, JEANNE SHILTS, and GL
REHABILITATION SERVICES, LTD.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Ilene Larson, Jeanne Shilts, and GL Rehabilitation Services, LTD.

| | |
|---|---|
| NAME (Type or print)<br>Carie-Megan A. Flood | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Carie-Megan A. Flood | |
| FIRM<br>Locke Lord Bissell & Liddell, LLP | |
| STREET ADDRESS<br>111 South Wacker Drive | |
| CITY/STATE/ZIP<br>Chicago, Illinois 60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>06281398 | TELEPHONE NUMBER<br>312-443-0206 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☑ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐          APPOINTED COUNSEL ☐