**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| CAROL M. GORDON, Plaintiff | 08 CV 1373 |

v.

ILENE LARSON, JEANNE SHILTS, and
GL REHABILITATION SERVICES, LTD.,
an Illinois Corporation, Defendants

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
Plaintiff Carol M. Gordon, solely for purposes of seeking remand of the case to the Circuit Court of Cook County, Illinois.

| NAME (Type or print) |
|---|
| Max Kanter |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Max Kanter |
| FIRM |
| Hinshaw & Culbertson LLP |
| STREET ADDRESS |
| 222 N. LaSalle Street, Suite 300 |
| CITY/STATE/ZIP |
| Chicago, IL  60601 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6286539 | 312-704-3000 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☒ | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☒ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☒ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒ | NO ☐ |

American LegalNet, Inc.
www.USCourtForms.com

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐

American LegalNet, Inc.
www.USCourtForms.com