UNITED STATES DISTRICT COURT
FOR NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CAROL M. GORDON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ILENE LARSON, JEANNE SHILTS, and GL )<br>REHABILITATION SERVICES, LTD., an Illinois )<br>Corporation, )<br>Defendants. ) | Case No. 08 C 1373<br><br>Honorable Judge Joan B. Gottschall<br><br>JURY DEMANDED |

## NOTICE OF FILING

To: All Counsel of Record

PLEASE TAKE NOTICE that on the 31st day of March, 2008, we caused to be filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, Plaintiff's **Motion for Remand to the Circuit Court Pursuant to 28 U.S.C. § 1447(c) and Other Applicable Law,** a copy of which is hereby served upon you, and proceed with a hearing *instanter* thereon.

Respectfully submitted,

CAROL M. GORDON, Plaintiff

By: s/ Gregg I. Minkow
One of her Attorneys

## CERTIFICATE OF SERVICE

I hereby certify that on March 31, 2008, I electronically filed Plaintiff's **Motion for Remand to the Circuit Court Pursuant to 28 U.S.C. § 1447(c) and Other Applicable Law** and **Notice of Filing** with the Clerk of the U.S. District Court, Northern District of Illinois, Eastern Division, using the CM/ECF system, which will send notification of such filing to all counsel of record.

CAROL M. GORDON, Plaintiff

By: s/ Gregg I. Minkow
One of her Attorneys

Gregg I. Minkow
Max J. Kanter
HINSHAW & CULBERTSON LLP
222 N. LaSalle Street, Suite 300
Chicago, IL 60601-1081
(312) 704-3000
Atty. #6181058
gminkow@hinshawlaw.com

6302604v1 885509