UNITED STATES DISTRICT COURT
FOR NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CAROL M. GORDON, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ILENE LARSON, JEANNE SHILTS, and GL ) <br> REHABILITATION SERVICES, LTD., an Illinois ) <br> Corporation, ) <br> Defendants. ) | Case No. 08 C 1373 <br><br> Honorable Judge Joan B. Gottschall <br><br> JURY DEMANDED |

## NOTICE OF MOTION

To:   All Counsel of Record

PLEASE TAKE NOTICE that on the 10th day of April, 2008, at 9:30 a.m. or as soon thereafter as this Motion may be heard, I shall appear before the Honorable Judge Joan Gottschall or any Judge sitting in her stead, in Room 2325 of the Dirksen Federal Building, and there and there present Plaintiff's **Motion for Remand to the Circuit Court Pursuant to 28 U.S.C. § 1447(c) and Other Applicable Law,** a copy of which is hereby served upon you, and proceed with a hearing *instanter* thereon.

Respectfully submitted,

CAROL M. GORDON, Plaintiff

By: s/ Gregg I. Minkow
One of her Attorneys

## CERTIFICATE OF SERVICE

I hereby certify that on March 31, 2008, I will have electronically filed Plaintiff's **Motion for Remand to the Circuit Court Pursuant to 28 U.S.C. § 1447(c) and Other Applicable Law, Notice of Filing,** and **Notice of Motion** with the Clerk of the U.S. District Court, Northern District of Illinois, Eastern Division, using the CM/ECF system, which will send notification of such filing to all counsel of record.

CAROL M. GORDON, Plaintiff

By: s/ Gregg I. Minkow
One of her Attorneys

Gregg I. Minkow
Max J. Kanter
HINSHAW & CULBERTSON LLP
222 N. LaSalle Street, Suite 300
Chicago, IL  60601-1081
(312) 704-3000
Atty. #6181058
gminkow@hinshawlaw.com

6302603v1 885509