**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>CAROL M. GORDON, Plaintiff | Case Number:<br>08 CV 1373 |

v.

ILENE LARSON, JEANNE SHILTS, and
GL REHABILITATION SERVICES, LTD.,
 an Illinois Corporation, Defendants

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR: Plaintiff Carol M. Gordon, solely for purposes of seeking remand of the case to the Circuit Court of Cook County, Illinois.

| |
|---|
| NAME (Type or print)<br>Gregg I. Minkow |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Gregg I. Minkow |
| FIRM<br>Hinshaw & Culbertson LLP |
| STREET ADDRESS<br>222 N. LaSalle Street, Suite 300 |
| CITY/STATE/ZIP<br>Chicago, IL  60601 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6181058 | TELEPHONE NUMBER<br>312-704-3000 |
|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☒    NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☒    NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☒    NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒    NO ☐ |

American LegalNet, Inc.
www.USCourtForms.com

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐

American LegalNet, Inc.
www.USCourtForms.com