# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan B. Gottschall | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1373 | **DATE** | 4/9/2008 |
| **CASE TITLE** | Gordon vs. Larson, et al | | |

**DOCKET ENTRY TEXT**

Enter Agreed Order. The Defendants shall have until June 6, 2008 to file response to Plaintiff's motion for remand to the Circuit Court pursuant to 28 U.S.C. §1447(c)[10]. Plaintiff reply is due by June 20, 2008. The time within which the Plaintiff may answer or otherwise respond to the Defendants' counterclaims is extended to a date to be determined by this Court upon future order. Status hearing is set for 5/28/08 at 9:30AM. This Order is without prejudice to or waiver of Plaintiff's motion for remand or any grounds for such motion.

■ [ For further detail see separate order(s).]

Docketing to mail notices.



| | Courtroom Deputy Initials: | RJ |
|---|---|---|