**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| CAROL M. GORDON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 08 C 1373 |
| | ) | |
| ILENE LARSON, JEANNE SHILTS, and GL | ) | Honorable Judge Joan B. Gottschall |
| REHABILITATION SERVICES, LTD., an Illinois | ) | |
| Corporation, | ) | |
| | ) | |
| Defendants. | ) | |

**AGREED ORDER**

THIS CAUSE COMING on the Motion for Remand to the Circuit Court Pursuant to 28 U.S.C. §1447(c) and Other Applicable Law ("Motion for Remand"), brought by the Plaintiff, CAROL M. GORDON, the Court being fully advised in the premises, and having been advised that the parties are engaged in negotiations aimed at potentially resolving their disputes but requiring additional time within which to try to accomplish that task before incurring additional litigation-related expenses; the parties having agreed to the terms of this Order;

IT IS HEREBY ORDERED as follows:

1.   The Defendants shall have until June 6, 2008 within which to file a Response to the Motion for Remand, if the dispute has not been settled by that time;

2.   Plaintiff shall have until June 20, 2008 within which to Reply to Defendants' Response to the Motion for Remand;

3.   The time within which the Plaintiff may answer or otherwise respond to the Counterclaims filed herein by the Defendants is extended to a date to be determined by this Court upon future order;

6305196v1 885509

4.  This cause is set for status on settlement negotiations for _May 28_, 2008, at _9:30 AM_; and

5.  This Order is without prejudice to or waiver of Plaintiff's Motion for Remand or any grounds for such Motion.

_____
JUDGE

4-9-08

Gregg I. Minkow
HINSHAW & CULBERTSON LLP
Attorney for Plaintiff
222 N. LaSalle Street, Suite 300
Chicago, IL 60601-1081
(312) 704-3000
Atty. #6181058
gminkow@hinshawlaw.com

2