UNITED STATES DISTRICT COURT
FOR NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CAROL M. GORDON, </br></br> Plaintiff, </br></br> v. </br></br> ILENE LARSON, JEANNE SHILTS, and GL REHABILITATION SERVICES, LTD., an Illinois Corporation, </br></br> Defendants. | Case No. 08 C 1373 </br></br> Honorable Judge Joan B. Gottschall </br></br> JURY DEMANDED |

## NOTICE OF FILING

To:   All Counsel of Record

    PLEASE TAKE NOTICE that on the 20th day of June, 2008, we caused to be filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, Plaintiff's **Reply Brief in Support of Plaintiff's Motion for Remand,** a copy of which is hereby served upon you, and proceed with a hearing *instanter* thereon.

    Respectfully submitted,

    CAROL M. GORDON, Plaintiff

    By:  s/ Gregg I. Minkow
         One of her Attorneys

## CERTIFICATE OF SERVICE

    I hereby certify that on June 20, 2008, I electronically filed Plaintiff's **Reply Brief in Support of Plaintiff's Motion for Remand** with the Clerk of the U.S. District Court, Northern District of Illinois, Eastern Division, using the CM/ECF system, which will send notification of such filing to all counsel of record.

    CAROL M. GORDON, Plaintiff

    By:  s/ Gregg I. Minkow
         One of her Attorneys

Gregg I. Minkow
Max J. Kanter
HINSHAW & CULBERTSON LLP
222 N. LaSalle Street, Suite 300
Chicago, IL  60601-1081
(312) 704-3000
Atty. #6181058
gminkow@hinshawlaw.com

6332381v1 885509